# U.S. DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

ASSIGNMENT OF MAGISTRATE JUDGE

Case Number: **1:06CV1288**

Magistrate Judge: **MAG. JUDGE BAUGHMAN**

Pursuant to LR 3.1 and LCrR 57.9, Assignment of Cases, and General Order 98-17, all civil and criminal proceedings in the Eastern Division will be assigned a Magistrate Judge by the Clerk.

The Magistrate Judge assigned to this case is named above.