*Issued to counsel 5/26/06*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

**pla.** 216 Jamaica Ave, LLC

vs.

**dft.** S+R Playhouse Realty Co

CIVIL CASE NO. 1:06CV1288

JUDGE Boyko

## PRAECIPE

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO:

KINDLY ISSUE:

(X) ALIAS SUMMONS

(_) THIRD PARTY SUMMONS

(_) CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS

(_) CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

(_) WRIT OF EXECUTION

(X) OTHER (Please Specify) _Issue of orig. Summons on defendant_

Dated 5/26/2006

By James Niehaus

Attorney for 216 Jamaica Avenue LLC

c:\wptext\praecipe
revised 4/93

Dockets.Justia.com