# United States District Court
## NORTHERN DISTRICT OF OHIO

216 Jamaica Avenue, LLC

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER: 1:06CV1288

S & R Playhouse Realty Co.

TO: (Name and address of defendant)

S & R Playhouse Realty Co.
c/o FCE Statutory Agent, Inc.
50 Public Square, Suite 1360
Cleveland, Ohio 44113

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

James B. Niehaus, Esq.
Frantz Ward LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230

216 Jamaica Avenue v. S & R Playhouse Realty Co.        Doc. 5

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

GERI M. SMITH
Clerk of Courts

DATE: MAY 2 6 2006

_____
(By) Deputy Clerk

Dockets.Justia.com

AO 440 (Rev. 10/93) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | May 26, 2006 |

| Name of SERVER (PRINT) | TITLE |
|---|---|
| Andrew Rivera | |

*Check one box below to indicate appropriate method of service*

[X] Served Personally upon the Defendant. Place where served:

S & R Playhouse Realty Co.
c/o FCE Statutory Agent, Inc.
50 Public Square
Cleveland, Ohio 44113

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

[ ] Returned unexecuted:

[ ] Other (specify):

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: May 26, 2006
( Date )

*Andrew P. R*
Signature of Server

Address of Server

Frantz Ward LLP
127 Public Square
2500 Key Center
Cleveland, Ohio 44114

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.