# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| 216 JAMAICA AVENUE, LLC, | ) | CASE NO. 1:06CV1288 |
| | ) | |
| Plaintiff, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| S & R PLAYHOUSE REALTY CO., | ) | **JOINT STIPULATION AND MOTION** |
| | ) | **FOR EXTENSION OF TIME TO** |
| Defendant. | ) | **ANSWER, MOVE, OR OTHERWISE** |
| | ) | **PLEAD** |

The parties hereby jointly stipulate that Defendant S & R Playhouse Realty Co. shall have up to and including August 7, 2006, to answer, move, or otherwise plead in response to the Plaintiff's Complaint. The parties submit that this Joint Stipulation and Motion is not interjected for the purpose of delay.

Respectfully submitted,

| | |
|---|---|
| *Per telephone consent* | /s/ Stephen D. Williger |
| James B. Niehaus (0020128) | Stephen D. Williger (0014342) |
| FRANTZ WARD LLP | Gary L. Walters (0071572) |
| 2500 Key Center | THOMPSON HINE LLP |
| 127 Public Square | 3900 Key Center |
| Cleveland, Ohio 44114-1230 | 127 Public Square |
| (216) 515-1660 | Cleveland, Ohio 44114-1291 |
| (216) 515-1650 – Fax | (216) 566-5500 |
| jniehaus@frantzward.com | (216) 566-5800 – Fax |
| | Stephen.Williger@ThompsonHine.com |
| *Attorney for Plaintiff* | Gary.Walters@ThompsonHine.com |
| *216 Jamaica Avenue, LLC* | |
| | *Attorneys for Defendant* |
| | *S & R Playhouse Realty Co.* |

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Joint Stipulation and Motion for Extension of Time to Answer, Move, or Otherwise Plead* was filed electronically this 6th day of July, 2006. Parties will receive notice through the Court's electronic filing system.

/s/ Stephen D. Williger
One of the Attorneys for Defendant
S & R Playhouse Realty Co.