# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| 216 JAMAICA AVENUE, LLC,  )  ) | |
| Plaintiff,  ) | |
| v.  ) | Civil Action No. 1:06cv1288 |
|  ) | Judge Christopher A. Boyko |
| S & R PLAYHOUSE REALTY CO.,  ) | |
| Defendant.  ) | |

## MOTION FOR LEAVE TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5(h), plaintiff moves the Court to enter an order granting leave for Charles J. Cooper, Esquire, of the law firm Cooper & Kirk, PLLC, to be admitted as counsel *pro hac vice* for plaintiff in this action.

Charles J. Cooper is a member in good standing of the Bars of Alabama, Georgia, and Washington, D.C., as attested to in the attached affidavit. Mr. Cooper's contact information ius as follows:

> Charles J. Cooper
> Cooper & Kirk, PLLC
> 555 Eleventh Street NW, Suite 750
> Washington, DC 20004
> Phone: 202.220.9600
> Fax: 202.220.9601
> Email: ccooper@cooperkirk.com

| | |
|---|---|
| Dated July 12, 2006 | Respectfully Submitted,<br><br>/s/ *James B. Niehaus*_____<br>James B. Niehaus (0020128)<br>jniehaus@frantzward.com<br>Frantz Ward LLP<br>2500 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1230<br>216-515-1660<br>216-515-1650 fax<br>*Attorneys for Plaintiff* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| 216 JAMAICA AVENUE, LLC, ) ) ) | Civil Action No. 1:06cv1288 |
| Plaintiff, ) ) | PROPOSED ORDER |
| ) | GRANTING MOTION |
| v. ) | TO APPEAR AS COUNSEL |
| ) | PRO HAC VICE |
| S & R PLAYHOUSE REALTY CO., ) ) | |
| ) | Judge Christopher A. Boyko |
| Defendant. ) ) | |

## PROPOSED ORDER GRANTING MOTION FOR LEAVE TO APPEAR
## *PRO HAC VICE*

The Court having read and considered the papers in support of the Motion to Appeal as Counsel Pro Hac Vice filed on behalf of Charles J. Cooper, and good cause appearing therefore,

IT IS ORDERED, ADJUDGED AND DECREED that the Motion to Appear as Counsel Pro Hac Vice is granted.

DATED: _____

_____
Judge of the United States District Court

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2006 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the parties by operation of the Court's electronic filing system. The parties may access this filing through the Court's system.

/s/ *James B. Niehaus*_____
Attorney for Plaintiff