# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| 216 JAMAICA AVENUE, LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:06cv1288 |
| | ) Judge Christopher A. Boyko |
| S & R PLAYHOUSE REALTY CO., | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Christopher G. Keim of the law firm Frantz Ward LLP, 2500 Key Center, 127 Public Square, Cleveland, Ohio 44114-1230, hereby enters his appearance. All notices, pleadings and other items should be served to the address listed below.

Respectfully Submitted,

*Of Counsel*

Charles J. Cooper
David H. Thompson
David M. Lehn
COOPER & KIRK, PLLC
555 Eleventh Street NW
Suite 750
Washington, DC 20004
(202) 220-9600

/s/ Christopher G. Keim
jniehaus@frantzward.com
Christopher G. Keim (0067117)
ckeim@frantzward.com
Frantz Ward LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
216-515-1660
216-515-1650 fax
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

A copy of the foregoing was sent to all interested parties via the Court's electronic mail filing system this 14th day of July, 2006:

/s/ Christopher G. Keim
One of the Attorneys for Plaintiff