**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| 216 JAMAICA AVENUE, LLC, | ) CASE NO. 1:06CV1288 |
| Plaintiff, | ) JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) |
| S & R PLAYHOUSE REALTY CO., | ) **JOINT STIPULATION AND MOTION FOR EXTENSION OF TIME TO** |
| Defendant. | ) **ANSWER, MOVE, OR OTHERWISE PLEAD** |

The parties hereby jointly stipulate that Defendant S & R Playhouse Realty Co. shall have up to and including August 11, 2006, to answer, move, or otherwise plead in response to the Plaintiff's Complaint. The parties submit that this Joint Stipulation and Motion is not interjected for the purpose of delay.

Respectfully submitted,

*Per telephone consent*
James B. Niehaus (0020128)
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
(216) 515-1660
(216) 515-1650 – Fax
jniehaus@frantzward.com

*Attorney for Plaintiff
216 Jamaica Avenue, LLC*

/s/ Stephen D. Williger
Stephen D. Williger (0014342)
Gary L. Walters (0071572)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500
(216) 566-5800 – Fax
Stephen.Williger@ThompsonHine.com
Gary.Walters@ThompsonHine.com

*Attorneys for Defendant
S & R Playhouse Realty Co.*

**CERTIFICATE OF SERVICE**

A copy of the foregoing *Joint Stipulation and Motion for Extension of Time to Answer, Move, or Otherwise Plead* was filed electronically this 3rd day of August, 2006. Parties will receive notice through the Court's electronic filing system.

/s/ Stephen D. Williger
One of the Attorneys for Defendant
S & R Playhouse Realty Co.