# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **216 JAMAICA AVENUE, LLC,** | ) | **CASE NO. 1:06CV1288** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| v. | ) | |
| | ) | |
| **S & R PLAYHOUSE REALTY CO.,** | ) | **MOTION TO WITHDRAW** |
| | ) | **DEFENDANT'S MOTION TO DISMISS** |
| Defendant. | ) | |

Pursuant to a Case Management Conference among the parties and the Court today, Defendant S&R Playhouse Realty Co. ("S&R"), by and through counsel, respectfully moves the Court for leave to withdraw its motion to dismiss plaintiff 216 Avenue, LLC's Complaint for failure to state a claim upon which relief may be granted, filed August 11, 2006. S&R will refile its motion to dismiss, if any, pursuant to the Court's revised scheduling order.

Respectfully submitted,

/s/ Gary L. Walters
Stephen D. Williger (0014342)
Gary L. Walters (0071572)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500
(216) 566-5800 – Fax
Stephen.Williger@ThompsonHine.com
Gary.Walters@ThompsonHine.com

*Attorneys for Defendant*
*S & R Playhouse Realty Co.*

# CERTIFICATE OF SERVICE

A copy of the foregoing *Motion to Withdraw Defendant's Motion to Dismiss Plaintiff's Complaint* was filed electronically this 15th day of August, 2006. Parties will receive notice through the Court's electronic filing system.

/s/ Gary L. Walters
One of the Attorneys for Defendant
S & R Playhouse Realty Co.