**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

_____
                                                            )
                                                            )
216 JAMAICA AVENUE, LLC,            )       Civil Action No. 06-1288
                                                            )
                                                            )
                    Plaintiff,                      )       (Judge Boyko)
                                                            )
                                                            )
        v.                                               )
                                                            )
S & R PLAYHOUSE REALTY CO.,       )
                                                            )
                                                            )
                    Defendant.                  )
                                                            )
_____)

**MOTION OF PLAINTIFF 216 JAMAICA AVENUE LLC FOR
SUMMARY JUDGMENT AND REQUEST FOR ORAL ARGUMENT**

For the reasons stated in the accompanying Memorandum, Plaintiff, 216 Jamaica Avenue LLC, respectfully moves the Court under FEDERAL RULE OF CIVIL PROCEDURE 56(a) for summary judgment and respectfully requests oral argument on this matter pursuant to LOCAL RULE 7.2(b).

1

Dockets.Justia.com

| | |
|---|---|
| October 12, 2006 | Respectfully Submitted, |
| | /s/ Charles J. Cooper |
| | _____ |
| James B. Niehaus (0020128) | Charles J. Cooper |
| jniehaus@frantzward.com | ccooper@cooperkirk.com |
| Christopher G. Keim (0067117) | David H. Thompson |
| ckeim@frantzward.com | dthompson@cooperkirk.com |
| FRANTZ WARD LLP | David Lehn |
| 2500 Key Center | dlehn@cooperkirk.com |
| 127 Public Square | COOPER & KIRK, PLLC |
| Cleveland, Ohio 44114-1230 | 555 Eleventh Street NW |
| 216-515-1660 | Suite 750 |
| 216-515-1650 (fax) | Washington, DC 20004 |
| | (202) 220-9600 |
| | (202) 220-9601 (fax) |
| | *Attorneys for Plaintiff* |

## CERTIFICATE OF SERVICE

       I hereby certify on October 12, 2006, a copy of the foregoing Motion of Plaintiff 216 Jamaica Avenue LLC for Summary Judgment and Request for Oral Argument was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this through the Court's system.

       /s/ Charles J. Cooper
       _____
       Charles J. Cooper
       COOPER & KIRK, PLLC
       555 Eleventh Street NW
       Suite 750
       Washington, DC 20004
       (202) 220-9600
       (202) 220-9601 (fax)
       ccooper@cooperkirk.com