IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| 216 JAMAICA AVENUE, LLC, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 06-1288 |
|  | | |
| Plaintiff, | | (Judge Boyko) |
|  | | |
| v. | | |
|  | | |
| S & R PLAYHOUSE REALTY CO., | | |
|  | | |
| Defendant. | | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT AND IN
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On behalf of plaintiff, 216 Jamaica Avenue LLC ("Jamaica"), we respectfully request leave to file a supplemental brief in support of its motion for summary judgment and in opposition to the motion of defendant, S&R Playhouse Realty ("S&R"), for summary judgment. Our supplemental brief is attached to this motion as Exhibit A. A transcript of the deposition of Patrick M. Lott is attached as Exhibit B ("Lott Dep.").

On February 23, 2007, we deposed Mr. Lott in his capacity as S&R's designated representative pursuant to Rule 30(b)(6). Mr. Lott is the senior vice president of Forest City Commercial Group. Lott Dep. at 7. As such, Mr. Lott has responsibility for the Halle Building. Lott Dep. at 7.

During his deposition, Mr. Lott made several admissions that vitiate defenses that S&R asserted in its motion for summary judgment and in opposition to Jamaica's motion for summary judgment. In the attached supplemental brief, we address these admissions in greater detail.

Because these admissions may assist the Court in ruling on Jamaica's and S&R's motions for summary judgment, the Court should grant our motion for leave to file a supplemental brief in support of Jamaica's motion for summary judgment and in opposition to S&R's motion for summary judgment.

April 23, 2007

Respectfully Submitted,

/s/ Charles J. Cooper

_____

James B. Niehaus (0020128)
jniehaus@frantzward.com
Christopher G. Keim (0067117)
ckeim@frantzward.com
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
216-515-1660
216-515-1650 (fax)

Charles J. Cooper
ccooper@cooperkirk.com
David H. Thompson
dthompson@cooperkirk.com
David Lehn
dlehn@cooperkirk.com
COOPER & KIRK, PLLC
555 Eleventh Street NW
Suite 750
Washington, DC 20004
(202) 220-9600
(202) 220-9601 (fax)

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

        I hereby certify on April 23, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this through the Court's system.

        /s/ Charles J. Cooper
_____
Charles J. Cooper
COOPER & KIRK, PLLC
555 Eleventh Street NW
Suite 750
Washington, DC 20004
(202) 220-9600
(202) 220-9601 (fax)
ccooper@cooperkirk.com