# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| 216 JAMAICA AVENUE, LLC, | ) | |
| | ) | Civil Action No. 06-1288 |
| Plaintiff, | ) | |
| | ) | Judge Boyko |
| v. | ) | |
| | ) | |
| S & R PLAYHOUSE REALTY CO., | ) | **NOTICE OF FILING OF** |
| | ) | **DEPOSITION TRANSCRIPT** |
| Defendant. | ) | |

Defendant S&R Playhouse Realty Co. hereby gives notice of the filing of the deposition transcript of Grace Chang Venner, taken on December 14, 2006, in the above-captioned case.

Respectfully submitted,

s/ Gary L. Walters
Stephen D. Williger (0014342)
Gary L. Walters (0071572)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500
(216) 566-5800 – Fax
Stephen.Williger@ThompsonHine.com
Gary.Walters@ThompsonHine.com

Attorneys for Defendant
S & R Playhouse Realty Co.

## CERTIFICATE OF SERVICE

A copy of the foregoing Notice of Filing of Deposition Transcript was filed electronically this 9th day of May, 2007. Parties will receive notice through the Court's electronic filing system.

/s/ Gary L. Walters
One of the Attorneys for Defendant
S & R Playhouse Realty Co.