# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **216 JAMAICA AVENUE, LLC,** ) | **CASE NO. 1:06CV1288** |
| ) | |
| Plaintiff(s),  ) | **JUDGE CHRISTOPHER A. BOYKO** |
| ) | |
| v.  ) | |
| ) | |
| **S & R PLAYHOUSE REALTY CO.,**  ) | |
| ) | |
| Defendant(s).  ) | **J U D G M E N T** |

## CHRISTOPHER A. BOYKO, J:

The Court has filed its Memorandum Opinion in the above-captioned matter.

Accordingly, this action is terminated pursuant to Federal Rule of Civil Procedure 58.

IT IS SO ORDERED.

July 2, 2007                                     S/Christopher A. Boyko
Date                                                  HONORABLE CHRISTOPHER A. BOYKO
                                                          UNITED STATES DISTRICT JUDGE