# United States District Court for the Northern District of Ohio

216 Jamaica Avenue LLC

            **Plaintiff,**

   vs.                                         **CASE NO. 1:06-CV-01288**
                                                      **Judge Boyko**

S&R Playhouse Realty Company

           **Defendant.**

# NOTICE OF APPEAL

Notice is hereby given that plaintiff, 216 Jamaica Avenue LLC, hereby appeals to the United States Court of Appeals for the Sixth Circuit from the final order and judgment entered in this action on the 3rd day of July 2007 (R.42, R.43), and the order denying plaintiff's Motion for Leave to File Surreply Memorandum in Opposition to Defendant's Motion for Summary Judgment, plaintiff's Motion for Leave to File Supplemental Brief in Opposition to Defendant's *Instanter* Motion for Leave to File Supplement To Defendant's Motion for Summary Judgment, and plaintiff's Motion for Leave to File Supplemental Brief in Support of its Motion for Summary Judgment and in Opposition to Defendant's Motion for Summary Judgment entered in this action on the 2nd day of July 2007 (Minute Order).

July 19, 2007

                                                                          (s) <u>Charles J. Cooper</u>

                                                                          Cooper & Kirk PLLC
                                                                         1523 New Hampshire Avenue NW
                                                                         Washington, DC 20036
                                                                         Tel: 202-220-9600
                                                                         Fax: 202-220-9601

*Attorney for Plaintiff, 216 Jamaica Avenue LLC*

cc:
Opposing Counsel \_\_\_
Court of Appeals \_\_\_

6CA-3 1/99

# **CERTIFICATE OF SERVICE**

       I hereby certify on July 19, 2007, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this through the Court's system.

                                /s/ Charles J. Cooper

                                _____
                                Charles J. Cooper
                                COOPER & KIRK, PLLC
                                1523 New Hampshire Avenue NW
                                Washington, DC 20036
                                (202) 220-9600
                                (202) 220-9601 (fax)
                                ccooper@cooperkirk.com