# TRANSMISSION FORM

| | |
|---|---|
| District Court | District Court No.   1:06cv1288 |
| NORTHERN OHIO, EASTERN DIVISION, Cleveland | USCA No.  **07-3967** |

CAPTION

216 Jamaica Avenue

PLAINTIFF -  APPELLANT

v.

S&R PlayhouseRealty Co.,

DEFENDANT -  Appellee

CURRENT COUNSEL FOR PLAINTIFF
NAME: Charles Cooper
FIRM NAME: Cooper & Kirk
ADDRESS: 555 11th St., NW - Ste. 750
            Washington DC 20004
TELEPHONE:   202-220-9600

CURRENT COUNSEL FOR DEFENDANT
NAME:  Gary Walters/Stephen Williger
FIRM NAME: Thompson Hine
ADDRESS: 127 Public Square
            3900 Key Tower
            Cleveland OH 44114-1216
TELEPHONE:  216-566-5655

If Habeas Corpus, Certificate of Appealability is:     ( ) granted    ( ) denied    ( ) pending

Criminal Defendant: ( ) on bond   ( ) incarcerated    ( ) on probation

Fees:  District Court & USCA Fee Paid:  ( X) yes    ( ) no    ( ) not required
       Pauper Status:                    ( ) granted  ( ) denied  ( ) pending
       Affidavit of Financial Status Filed: ( ) yes    ( ) no

Counsel:    ( ) appointed   (X ) retained    ( ) pro se

District Court Judge:  Boyko        Court Reporter:  None

Any hearing or trial  ( X) yes    ( ) no    If yes, dates  8/15/06

FROM  Kelly Copeland for  Shawn Harrigan         DATE   July 20, 2007

---

USE WHEN TRANSMITTING ANYTHING AFTER NOTICE OF APPEAL HAS BEEN SENT TO USCA
Date Notice of Appeal sent to Court of Appeals _____
The new information sent at this transmittal is _____ and includes an updated copy of docket entries.

---

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of ___ volume(s) of pleadings, ___ volume(s) of transcript and ____ volume(s) of depositions, which constitute the CERTIFIED RECORD ON APPEAL, this___ day of _____, _____. Clerk, GERI M. SMITH, U.S. District Court