IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| 216 JAMAICA AVENUE, LLC<br><br>    Plaintiff,<br><br>v.<br><br>S & R PLAYHOUSE REALTY CO.,<br><br>    Defendant. | Case No. 06-1288<br>Judge Christopher Boyko |

## NOTICE OF CHANGE OF ADDRESS

Counsel for plaintiff, Charles J. Cooper and David H. Thompson of Cooper & Kirk, PLLC, hereby provide notice to the Court and all parties that their mailing address has changed. All telephone numbers and e-mail addresses for counsel remain unchanged. The new mailing address is as follows:

    Cooper & Kirk, PLLC
    1523 New Hampshire Avenue, NW
    Washington, DC  20036

The new facsimile number is as follows:

    (202) 220-9605

August 24, 2007          Respectfully Submitted,

                /s/ Charles J. Cooper
                Charles J. Cooper
                David H. Thompson
                COOPER & KIRK, PLLC
                1523 New Hampshire Avenue, NW
                Washington, DC  20036
                (202) 220-9600

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of August 2007, I caused to be served via the court's electronic filing system the foregoing notice upon the following counsel:

| | |
|---|---|
| Stephen D. Williger<br>Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114 | Gary Walters<br>Thompson Hine LLP<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114 |

/s/ Jeffrey A. Bartlett
Jeffrey A. Bartlett