FILED
08 SEP 24 PM 3:00

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

No: 07-3967

Filed: September 22, 2008

216 JAMAICA AVENUE,

　Plaintiff - Appellant

v.

S & R PLAYHOUSE REALTY CO.,

　Defendant - Appellee

1:06cv1288
CAB

## MANDATE

Pursuant to the court's disposition that was filed 08/27/2008 the mandate for this case hereby issues today. *Reversed & Remanded*