**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **216 JAMAICA AVENUE, LLC,** | ) | **CASE NO. 1:06CV1288** |
| | ) | |
| Plaintiff, | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| v. | ) | |
| | ) | **DEFENDANT S&R PLAYHOUSE** |
| **S & R PLAYHOUSE REALTY CO.,** | ) | **REALTY CO.'S MOTION FOR LEAVE** |
| | ) | **TO AMEND ANSWER *INSTANTER*** |
| Defendant. | ) | |
| | ) | |

Pursuant to Fed. R. Civ. P. 15(a), S&R Playhouse Realty Co. ("S&R") respectfully moves this Court for leave to amend its Answer for the purpose of having a full and fair opportunity to present all of its defenses, including the additional defenses of equitable estoppel and impracticability/impossibility. S&R has not previously amended its Answer.

A memorandum in support is attached and incorporated herein. S&R requests that the Court deem the Amended Answer (attached as Exh. A to the memorandum in support) filed upon granting S&R's Motion for Leave to Amend Answer *Instanter*.

                                        Respectfully submitted,


                                        /s/ Gary L. Walters
                                        Stephen D. Williger (0014342)
                                        Gary L. Walters (0071572)
                                        THOMPSON HINE LLP
                                        3900 Key Center
                                        127 Public Square
                                        Cleveland, Ohio 44114-1291
                                        (216) 566-5500
                                        (216) 566-5800 – Fax
                                        Attorney for Defendant