# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **216 JAMAICA AVENUE, LLC,** | CASE NO. 1:06CV1288 |
| Plaintiff, | JUDGE CHRISTOPHER A. BOYKO |
| v. | **DEFENDANT S&R PLAYHOUSE REALTY CO.'S MOTION FOR CONTINUANCE PURSUANT TO FED. R. CIV. P. 56(F)** |
| **S & R PLAYHOUSE REALTY CO.,** | |
| Defendant. | |

Pursuant to Fed. R. Civ. P. 56(f), S&R Playhouse Realty Co. ("S&R") respectfully moves this Court for additional time to complete discovery in order to submit a full and adequate response to Plaintiff 216 Jamaica Avenue LLC's ("Jamaica") Motion for Summary Judgment, which Jamaica now seeks to renew following remand of this action from the United States Court of Appeals for the Sixth Circuit.

A memorandum in support is attached and incorporated herein.

        Respectfully submitted,

        /s/ Gary L. Walters
        Stephen D. Williger (0014342)
        Gary L. Walters (0071572)
        THOMPSON HINE LLP
        3900 Key Center
        127 Public Square
        Cleveland, Ohio 44114-1291
        (216) 566-5500
        (216) 566-5800 – Fax
        *Attorneys for Defendant*