# Exhibit H

Excerpts of Deposition of Stuart Venner

```
                     Depo. Tr. -- Venner, Stuart 2006-12-15.txt
0130
 1   IN THE UNITED STATES DISTRICT COURT
 2   FOR THE NORTHERN DISTRICT OF OHIO
 3   EASTERN DIVISION
 4   - - - - - - - - - - - - - - - - - - - - - - - x
 5   216 JAMAICA AVENUE, LLC,
 6                        Plaintiff,
 7         - against -
 8   S & R PLAYHOUSE REALTY CO.,
 9                        Defendant.
10   - - - - - - - - - - - - - - - - - - - - - - - x
11
12
13                         December 15, 2006
14                         9:30 a.m.
15
16                   Volume II
17
18        CONTINUED DEPOSITION of STUART VENNER, taken
19   by the attorney for the Defendant, pursuant to
20   Notice, held at 335 Madison Avenue, New York,
21   New York, before Michael Catania, a Notary Public
22   of the State of New York.
23
24              *         *         *         *
25
0131
 1   A P P E A R A N C E S
 2
 3   COOPER & KIRK, PLLC
 4   555 Eleventh Street NW
 5   Suite 750
 6   WASHINGTON, DC    20004
 7        Attorneys for Plaintiff
 8
 9   BY:  DAVID M. LEHN, ESQ.
10
11
12   THOMPSON HINE, LLP
13   3900 Key Center
14   127 Public Square
15   Cleveland, Ohio    44114-1291
16        Attorneys for Defendant
17
18   BY:  GARY L. WALTERS, ESQ. (0071572)
19
20
21
22
23
24
25
0132
 1                    S. Venner
 2   S T U A R T    V E N N E R, residing at 237
 3        Carlton Avenue, Brooklyn, New York,
 4        11215, called as a witness, having been
 5        previously sworn, was examined and
 6        testified as follows:
 7   CONTINUED EXAMINATION
 8   BY GARY WALTERS, ESQ.:
 9        Q.     Good morning, Mr. Venner.
10        A.     Good morning.
```

```
                    Depo. Tr. -- Venner, Stuart 2006-12-15.txt
24   conditions for the windfalls, you are talking
25   about potential for windfalls; are you not?
0164
 1                      S. Venner
 2        A.    I don't know the difference.  I do
 3   not see the difference.
 4        Q.    When Congress passed the law,
 5   regardless of the actual effects of the law,
 6   whether parties to the contracts or leases which
 7   are affected any change of the law are leasing
 8   authorities, and if they are losing their shares
 9   makes no difference.
10        A.    I think that was the intention.
11        Q.    So that you can lose your shirt and
12   you can receive a windfall?
13        A.    Yes.
14        Q.    That makes no sense to me whatsoever.
15              MR. LEHN:  Objection.
16              MR. WALTERS:  Let's take a short
17   break.
18              (Recess taken at this time.)
19        Q.    We have just returned from the break.
20              Was the purpose of the break to
21   discuss this morning's testimony with counsel?
22              MR. LEHN:  I am instructing him not
23   to answer that.  That is privileged
24   communication.
25        Q.    Did you have a discussion with your
0165
 1                      S. Venner
 2   counsel during the break?
 3        A.    I spoke to him, yes.
 4        Q.    Did you do anything else during the
 5   break?
 6        A.    Took a walk.
 7        Q.    Did you take a walk with counsel?
 8        A.    Yes.
 9        Q.    Did you do anything else?
10        A.    No.
11        Q.    Do you want to change any of your
12   testimony based upon your break?
13              THE WITNESS:  Can you go back and
14   read the last question and answer?  And I can
15   continue from there.
16        A.    It may not make sense to you, but
17   basically if they are losing $10 now or whatever
18   they are losing, they would be losing
19   significantly more if they were paying the
20   proper rent.
21              So that the tenant of the building is
22   actually receiving a windfall because they are
23   not paying what they are supposed to be paying.
24        Q.    In other words, to you a windfall
25   would be, and they should have been losing a lot
0166
 1                      S. Venner
 2   of money instead of a little money; is that
 3   correct?
 4        A.    I -- I think they should just be
 5   performing the terms of the lease just like
 6   everyone else.
 7        Q.    Is S & R Realty receiving a windfall
 8   on this property?
```

```
                    Depo. Tr. -- Venner, Stuart 2006-12-15.txt
 9      A.      I think I have answered that.
10      Q.      Can you answer it again?
11      A.      Yes.
12      Q.      Let me ask you this:  I am going to
13 put back in front of you Defendant Exhibit B,
14 which is the 1031 Exchange Opportunity sheet you
15 received from Kimco.
16              Remind me what the cap rate is listed
17 at the bottom of the page.
18      A.      3.911.
19      Q.      Give or take a bit, is that cap rate
20 more or less right?
21      A.      Right in --
22      Q.      Is it correct?
23      A.      Mathematically correct?
24      Q.      Yes.
25      A.      We are not talking about is this the
0167
 1                       S. Venner
 2 correct rent.  We are saying is this the correct
 3 mathematical computation.
 4      Q.      That's a great question.  I will back
 5 up a bit.
 6              The cap rate would be based on one,
 7 the purchase price.  And we were not able to
 8 agree, and that's fine.  It is either 895 or
 9 $845,000?
10      A.      Right.
11      Q.      And upon annual rent of $35,000 per
12 year?
13      A.      Yes.
14      Q.      Based upon those givens, is that the
15 correct cap rate?
16      A.      Yes, give or take.
17      Q.      Okay.  I think we agreed that cap
18 rate would increase considerably if the rent
19 were a million dollars?
20      A.      Yes.
21      Q.      The value of the building, though, is
22 based upon a rent of $35,000; is that correct?
23      A.      The value of the building under
24 what --
25      Q.      The value of 895 or $845,000 is based
0168
 1                       S. Venner
 2 on the annual rent under lease of $35,000 a
 3 year?
 4      A.      We are talking within the framework
 5 of this piece of paper?
 6      Q.      Yes.
 7      A.      Yes.
 8      Q.      I am talking about this sheet of
 9 paper.  If the rent is a million dollars a year,
10 the value of the building would go up
11 considerably; is that correct?
12      A.      Yes.
13      Q.      And the cap rate would be much
14 higher?
15      A.      Yes.
16      Q.      If you were to receive -- Jamaica
17 were to receive a million dollars in rent per
18 year, you would be receiving a windfall; is that
19 correct?
```