# Exhibit L

Deed

**CUYAHOGA COUNTY RECORDER**
**PATRICK J. OMALLEY**
DEED 02/10/2006 02:22:43 PM
200602100641

That HALLE CLEVELAND LLC, a Delaware limited liability company, whose address is 645 Fifth Avenue, Suite 904, New York, New York 10022, grantor

*for valuable consideration paid, Grant(s), with limited warranty covenants, to*

216 JAMAICA AVENUE, LLC, a New York limited liability company, grantee,

*whose tax mailing address is*

237 Carlton Avenue, Brooklyn, Kings County, New York 12205,

*the following described Real Property:*

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, more particularly bounded and described as set forth in Schedule A annexed hereto, and subject to the matters set forth in said Schedule A,

And all the estate, right, title and interest of the said grantor in and to said premises,

TO HAVE AND TO HOLD THE SAME, with all the privileges and appurtenances thereunto belonging, to said grantee, its successors and assigns forever.

The tax mailing address of the Grantee is 237 Carlton Avenue, Brooklyn, Kings County, New York 12205.

The County Auditor's Tax Parcel Numbers are as follows: 101-37-014 and 101-37-016.

The Prior Instrument Reference is Deed Book Vol. 11869 page 56, Recorders Office Cuyahoga County, Ohio.

*Witness Grantor's hand(s) this*     day *of* February, 2006

*Signed and acknowledged in presence of:*     HALLE CLEVELAND LLC, a
Delaware limited liability company

___Eileen D. Hatch___     By Halle Holdings Inc, a Delaware
Eileen D. Hatch                   Corporation, its sole member

___Adelaida Midel___     By _____
Adelaida Midel                   Robert Quesada, Vice President

CUYAHOGA COUNTY RECORDER
200602100641   PAGE 1 of 4

FCID 0396

State of New York    County of New York    ss,

Be It Remembered, That on the 7th day of February 2006, before me, the subscriber, a notary public in and for said county, personally came Robert Quesada, vice president of Halle Holdings Inc., sole member of Halle Cleveland, LLC, the Grantor(s) in the foregoing Deed, and acknowledged the signing thereof to be his and its voluntary act and deed.

IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notary seal, on the day and year last aforesaid.

*Amelia C. Porricelli*

AMELIA C. PORRICELLI
Notary Public, State of New York
No. 03-4677573 - Bronx County
Term Expires March 00 June 30, 2006

This instrument was prepared by
Richard M. Frome
880 Third Avenue-15th Floor
New York, New York 10022

**CUYAHOGA COUNTY RECORDER**
200602100641   PAGE 2 of 4

Permanent   101-37-016
Parcel #:    101-37-014

Type Instrument: Limited Warranty
Tax District #: 3100
Grantor: Halle Cleveland Llc
Grantee: Halle Cleveland Llc
Balance Assumed: $ 0.00
Total Consideration: $ 845,000.00
Conv. Fee Paid: $ 3,380.00
Transfer Fee Paid: $ 1.00
Fee Paid by: Land AMERICA
Exempt Code:

Date: 2/10/2006 2:09:00 PM
Tax List Year: 2006
Land Use Code: 4240
Land Value: 276,000
Building Value: 670,000
Total Value: 946,000
Arms Length Sale: YES
Rcpt: g-02102006-15
Inst #: 207398
Check #:

*Frank Russo*
CUYAHOGA COUNTY AUDITOR

FROM
Halle Cleveland LLC

TO
216 Jamaica Avenue LLC

Transferred
County Auditor
State of Ohio,
County, ss.
Presented for record on the
___ day
of ___, ___ M.
o'clock, ___ M.
Recorded
in Deed Book No. ___ Page ___
County Recorder

BOX: LANDAMERICA LAYERS TITLE
424 MIDDLE AVENUE
ELYRIA, OHIO  44035
700052707 J

**FCID 0397**