# EXHIBIT D

Case: 1:06-cv-01288-CAB Doc #: 54-4 Filed: 11/26/08 1 of 4. PageID #: 1369

Dockets.Justia.com

130

1   IN THE UNITED STATES DISTRICT COURT
2   FOR THE NORTHERN DISTRICT OF OHIO
3   EASTERN DIVISION
4   - - - - - - - - - - - - - - - - - - - - - - - x
5   216 JAMAICA AVENUE, LLC,
6                          Plaintiff,
7          - against -
8   S & R PLAYHOUSE REALTY CO.,
9                          Defendant.
10  - - - - - - - - - - - - - - - - - - - - - - - x
11
12
13                                     December 15, 2006
14                                     9:30 a.m.
15
16                     Volume II
17
18      CONTINUED DEPOSITION of STUART VENNER, taken
19  by the attorney for the Defendant, pursuant to
20  Notice, held at 335 Madison Avenue, New York,
21  New York, before Michael Catania, a Notary Public
22  of the State of New York.
23
24              *       *       *       *
25

167

1       S. Venner

2  correct rent. We are saying is this the correct

3  mathematical computation.

4       Q.   That's a great question. I will back

5  up a bit.

6            The cap rate would be based on one,

7  the purchase price. And we were not able to

8  agree, and that's fine. It is either 895 or

9  $845,000?

10      A.   Right.

11      Q.   And upon annual rent of $35,000 per

12 year?

13      A.   Yes.

14      Q.   Based upon those givens, is that the

15 correct cap rate?

16      A.   Yes, give or take.

17      Q.   Okay. I think we agreed that cap

18 rate would increase considerably if the rent

19 were a million dollars?

20      A.   Yes.

21      Q.   The value of the building, though, is

22 based upon a rent of $35,000; is that correct?

23      A.   The value of the building under

24 what --

25      Q.   The value of 895 or $845,000 is based

```
                                                              168
  1                         S. Venner

  2    on the annual rent under lease of $35,000 a

  3    year?

  4         A.    We are talking within the framework

  5    of this piece of paper?

  6         Q.    Yes.

  7         A.    Yes.

  8         Q.    I am talking about this sheet of

  9    paper.  If the rent is a million dollars a year,

 10    the value of the building would go up

 11    considerably; is that correct?

 12         A.    Yes.

 13         Q.    And the cap rate would be much

 14    higher?

 15         A.    Yes.

 16         Q.    If you were to receive -- Jamaica

 17    were to receive a million dollars in rent per

 18    year, you would be receiving a windfall; is that

 19    correct?

 20         A.    No.  We would just be receiving our

 21    rent.  You know, you are using this term

 22    "windfall" as though it is -- first off, I don't

 23    know what it means, really.

 24               Should we define what windfall means?

 25         Q.    We have been using the word quite a
```