# EXHIBIT E

Dockets.Justia.com

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF OHIO

3                    EASTERN DIVISION

4      216 JAMAICA AVENUE, LLC,

5            Plaintiff,

6            vs.                  Case No. 06-1288

7      S&R PLAYHOUSE REALTY CO.,

8            Defendant.

9                    - - - - -

10           DEPOSITION OF PATRICK M. LOTT

11              FRIDAY, FEBRUARY 23, 2007

12                   - - - - -

13

14           Deposition of PATRICK M. LOTT, a

15     Witness called by the Plaintiff for examination

16     under the Applicable Rules of Federal Civil

17     Procedure, taken before me, Cynthia A. Sullivan,

18     a Registered Professional Reporter and Notary

19     Public in and for the State of Ohio, pursuant to

20     notice and stipulations of counsel  at the

21     offices of Thompson Hine, LLP, 3900 Key Center,

22     127 Public Square, Cleveland, Ohio, on the day

23     and date set forth above at 9:50 a.m.

24                   - - - - -

25                               ORIGINAL

Page 29

1    worth 99 years from now, less or more.  We have

2    inflation, and we have deflation.

3         Q.  If the plaintiff's view of this gold

4    clause is correct and you're supposed to be

5    paying an amount up to 1,693 ounces of gold coin

6    a year -- strike that.

7              Since S&R became the lessee in 1982,

8    is it correct that it has paid $35,000 in

9    currency every year?

10        A.  I believe so.

11        Q.  Do you have any reason to believe that

12   they have paid a different amount?

13        A.  No.

14        Q.  If the plaintiff's understanding of

15   the gold clause is correct, then for the past 24

16   years S&R has had a pretty good deal?

17             MR. WALTERS:  Objection.

18        A.  Pretty good deal, I would say, no,

19   they have not had a pretty good deal.

20        Q.  Why is that?

21        A.  Because the building has lost money

22   all but a few years since we built it.

23        Q.  If you had had to pay -- I'll use the

24   term gold adjusted amount to refer to the rent

25   according to plaintiff's understanding of the

Page 70

1    whether or not you're going to renew?

2        A.  No.

3        Q.  If S&R does not renew the lease at

4    all, does that affect S&R's subtenants in the

5    building?

6        A.  That calls for a legal opinion, and

7    I'm not sure I'm qualified.  I would assume it

8    would, yes, I mean if we have to abandon the

9    premises.  Again, though, somebody has got to

10   own it.  Those leases would run with the land.

11       Would they affect the tenants in the

12   building?  Maybe not.  You know, there is -- I'm

13   not sure they would, actually.  Somebody has got

14   to own it.  The leases would run to whomever

15   would own it, and perhaps they wouldn't be.

16       Q.  Do any of the current subtenants of

17   S&R have a sublease that extends beyond 2012?

18       A.  Yes.

19       Q.  Yes?

20       A.  Yes.

21       Q.  At this point in time S&R has no right

22   to be on the property beyond 2012; is that

23   right?

24       A.  Until such time as we would extend the

25   term, I would guess, yes.