# EXHIBIT B

Dockets.Justia.com

Chain of Title of Deeds

Chicago Title Order No. 28510990

**CHICAGO TITLE INSURANCE COMPANY ASSUMES NO LIABILITY WHATSOEVER FOR ANY ERRORS, OMISSIONS OR INACCURACIES IN THE FOLLOWING LIST.**

Property:
Fee Simple Estate to Land Designated PPN's: 101-37-014 and 016
Euclid Avenue, Cleveland, OH


Deed Volume  1201, Page 221
Filed:          June 30, 1909
Grantor:      Thomas H. White, Trustee
Grantee:      The Realty Investment Company
Premises      PPN: 101-37-016

Deed Volume  1226, Page 491
Filed:          April 21, 1910
Grantor:      Fanny Tewksbury King and Ralph T. King
Grantee:      The Realty Investment Company
Premises      PPN: 101-37-014

Deed Volume  2219, Page 131
Filed:          September 4, 1919
Grantor:      The Realty Investment Company
Grantee:      The Mentor Construction Company
Premises      PPN's: 101-37-014 and 016

Corporation Records  Volume 2, Page 40
(County Records)
Filed:          September 25, 1919
Former Name: The Mentor Construction Company
New Name:    The Realty Investment Company
(Note: County record incomplete)

Deed Volume 7681, Page 541
Filed:       February 10, 1953
Grantor:     The Realty Investment Company
Grantee:     Theodore W. Berenson
Premises     PPN's: 101-37-014 and 016


Deed Volume 7681, Page 554
Filed:       February 10, 1953
Grantor:     Theodore W. Berenson
Grantee:     The Prudential Insurance Company of America
Premises     PPN's: 101-37-014 and 016

Deed Volume 88-6836, Page 25
Filed:       December 30, 1988
Grantor:     The Prudential Insurance Company of America
Grantee:     Supplement of Pompano Realty Corp.
Premises     PPN's: 101-37-014 and 016

Deed Volume 97-11869, Page 56
Filed:       November 17, 1997
Grantor:     Supplement of Pompano Realty Corp.
Grantee:     Halle Cleveland, LLC
Premises     PPN's: 101-37-014 and 016

Deed AFN     200602100641
Filed:       February 10, 2006
Grantor:     Halle Cleveland, LLC
Grantee:     216 Jamaica Avenue, LL
Premises     PPN's: 101-37-014 and 016


Searched Through November 17, 2008
Dated:  November 20, 2008


CHICAGO TITLE INSURANCE COMPANY


Authorized Signatory

Volume 1201

augusta Wendorf and Edward Wendorf who acknowledged that they did sign the foregoing instrument and that the same is their free act and deed. In testimony whereof I have hereunto set my hand and official seal at Cleveland this 30th day of June a.d. 1909.

Transfd June 30, 1909
Recd June 30, 1909 at 1:40 P.m.
Recorded July 1, 1909
Fee for Record 80c

J. B. Quinan
Notary Public
[seal]

Herman C. Baehr Recorder.

486482    Thomas H. White Jr.   To   The Realty Investment Co.

Know all men by these presents that whereas in her life time Almira C. Hand was the owner of the premises hereinafter described and had a fee simple title to the same the said Almira C. Hand being at such time a resident of the Town of White Plains, County of Westchester and State of New York and whereas on or about the 12th day of July a.d. 1894 the said Almira C. Hand and N.H. Hand her husband now dead who joined in said instrument for the purpose of releasing his dower rights duly executed acknowledged and delivered to Ralph I. King and Charles G. King Jr. a certain lease covering the premises herein after described for the period of twentyfive (25) years from July 1st. 1894 upon the terms and conditions in said lease contained which said lease was duly filed for record in Cuyahoga County Ohio and is recorded in Volume 19 of the Records of Leases at Page 304. Said lease being afterwards towit on October 30th a.d. 1894 assigned by the Lessees Ralph I. King and Charles G. King Jr. to The Realty Investment Company and whereas said lease also contained an option to purchase the said premises for the sum of thirtyfive thousand dollars ($35000.00) and whereas afterwards to wit on or about the 5th day of October 1895 the said Almira C. Hand died leaving a will which will was duly probated in the County of her residence towit. Westchester County State of New York. on or about the 16th day of December 1895 and Letters of Administration were duly issued out of said County to Thomas H. White as Executor of the will of Almira C. Hand and the said Thomas H. White afterwards towit on or about the 7th day of May a.d. 1897 duly filed his final account as such Executor of the Estate of Almira C. Hand which account was approved by the said County of Westchester County State of New York and showed that the Estate of the said Almira C. Hand has been duly settled according to law and its debts paid and whereas by the provisions of said will the property hereinafter described was devised to the undersigned Thomas H. White of Cleveland Ohio in trust for the purposes set out in said will with full authority in said Trustee if in his judgment it should seem advisable to sell such property and to execute a good and sufficient deed thereof and reinvest the proceeds and a duly certified copy of said will has been filed for record in Cuyahoga County Ohio in Volume _ of Mis-

222

...cellaneous Records at Page reference being hereby made to the terms of said will for the extent of the powers and duties of the said Trustee. Now therefore I Thomas H. White of Cleveland, Cuyahoga County Ohio Trustee as aforesaid for the purpose of carrying out option contained in the above mentioned lease and by virtue of my power and authority as such Trustee to sell the property devised in trust and to reinvest the proceeds of said sale, in accordance with my judgment the grantor herein for the consideration of sum of thirty five thousand dollars ($35,000.00) received to my full satisfaction of The Realty Investment Company the grantee herein do give, grant, bargain sell and convey unto the said grantee its successors and assigns the following described premises situated in the City of Cleveland, County of Cuyahoga and State of Ohio and is known as being a part of original two acre lot No ... in said City and is bounded and described as follows. Beginning on the southerly line of Euclid avenue at a point fifty three (53) east of the easterly line of Bross alley; thence southerly parallel with said easterly line of bross alley to Huron street; thence easterly along the northerly line of Huron street forty eight feet; thence northerly and parallel with said easterly line bross alley to the south line of Euclid avenue; thence westerly along said southerly line of Euclid avenue forty eight (48) to the place of beginning and being bounded on the west land formerly owned by J. Shild's and on the east by land formerly owned by Richard B. Parsons with the appurtenances thereto. To have and to hold the above granted and bargained premises with the appurtenances thereunto belonging unto said grantee its successors and assigns forever. And I the grantor Trustee as aforesaid do for myself and my successors in said Trust covenant with the said grantee its successors and assigns that at and until the ensealing of these presents I as such Trustee as aforesaid am well seized of the above described premises as a good and indefeasible estate in fee simple and have good right to bargain and sell the same in manner and form as above written; that the same are free and clear from all incumbrances whatsoever except taxes And that I the grantor Trustee as aforesaid will warrant and defend said premises with the appurtenances thereto belonging to the said grantee its successors and assigns forever, against all lawful claims and demands whatsoever except taxes. In witness whereof I the said Thomas H. White Trustee as aforesaid hereunto set my hand and seal this 25th day of June in the year of our Lord one thousand nine hundred and nine.

Signed sealed and delivered ) Thomas H. White Trustee
in presence of ) the provisions of the Will
M. R. Johnson  George Leak Ford ) Almira B. Hand deceased
The State of Ohio ) Before me a Notary Public in and for said Cuyahoga County ) personally appeared the above named Thomas H. White as Trustee under the provisions of the Will of Almira B. Hand deceased who acknowledged that he did sign...

seal the foregoing instrument and that the same is his free act and deed as such Trustee. In testimony whereof I have hereunto set my hand and official seal at Cleveland Ohio this 25th day of June A.D. 1909.

Transfld June 30. 1909
Recd June 30. 1909 at 2. 26 P.M.
Recorded July 1. 1909
Fee for Record $1.00

George bank Ford
Notary Public ____ Cuyahoga County

Herman S. Baehr Recorder.

486 484   Louise C. Moore et al   To   Charles F. Frank et al.

Know all men by these presents that I Louise C. Moore the grantor for the consideration of ten 7? and other valuable considerations dollars ($10.00) received to my full satisfaction of Charles F. Frank and Esther C. Frank the grantees do give, grant, bargain, sell and convey unto the said grantees their heirs and assigns the following described premises, situated in the City of Cleveland, County of Cuyahoga and State of Ohio: and known as being sublot no 51 in the Knight Richardson and Moore Allotment of part of original 100 acre lot no 379 as appears by the recorded plat of said allotment in volume 24 of maps page 5 of Cuyahoga County records. Said sublot no 51 has a frontage of 35 feet on the easterly side of East 111th St (formerly Melvin Ave) and extends back between parallel lines 106 feet. This deed is given subject to the following restrictions and are made part of the considerations hereof that the said grantees shall erect no building on said lot to cost less than $1850 nor have its foundation wall nearer the front lot line that the other Melvin St. houses in this allotment and furthermore that the said building shall be erected upon the same side of the lot as said other houses on this street are situated also for a period of 20 years from and after the date hereof no liquor whether spirituous vinous or fermented shall be sold or manufactured upon the property. This deed is also given subject to all taxes both regular and special now assessed against said property for the 1909 which the said grantees assume and agree to .... Be the same more or less but subject to all legal highways. To have and to hold the above granted and bargained premises with the appurtenances thereof unto the said grantees their heirs and assigns forever. And I the said grantor do for myself and my heirs executors and administrators covenant with the said grantees their heirs and assigns that at and until the ensealing of these presents I am well seized of the above described premises as a good and indefeasible estate in fee simple and have good right to bargain and sell the same in manner and form as above written, and that the same are free from all incumbrances whatsoever except as above and that I will warrant and defend said premises with the appurtenances thereunto belonging to the said grantees their heirs and assigns, against all lawful claims and demands whatsoever except as above and I Edward W. Moore husband of said Louise C. Moore do hereby remise, release and forever quitclaim unto the said grantees

Volume 1226

**491**

516810   Fanny Tewksbury King, et al   To   Rlty Investment Co.

Know all men by these presents, that I, Fanny Tewksbury King, of the City of New York, the grantor, for the consideration of Fourty thousand ($40,000.00) dollars, received to my full satisfaction of The Realty Investment Company of Cleveland, Ohio, a corporation duly organized and existing under the laws of the State of Ohio, the grantee, do hereby give, grant, bargain, sell and convey unto the said grantee, its successors and assigns, the following described premises: Situated in the City of Cleveland, County of Cuyahoga, and State of Ohio, and is known as that part of two-acre lots numbers one hundred and fifty seven (157) and one hundred and fifty eight (158) in said city which is bounded and described as follows, to-wit:- Northerly by Euclid Avenue; westerly by Short Alley; easterly by a line drawn parallel with the said Short Alley and fifty-two (52) feet easterly from the easterly line of Short Alley; and southerly by a line drawn from a point on Short Alley, distant eighty-five (85) feet northerly, (measuring along said line of said alley), from the northerly line of Huron Street; to a point on the easterly line of said premises, distant eighty (80) feet northerly from such line of Huron Street. This conveyance is made in fulfillment of a certain option contained in certain lease from Charles N. Tyler, and Wm. B. Tyler to said The Realty Investment Company bearing date of July 18th, 1895, and recorded in volume 20, page 210 of the record of leases, of Cuyahoga County, Ohio. and this conveyance is intended to vest in said, The Realty Investment Company such right, title, and interest, as the said grantor has in and to the above described premises including any right which the said grantor may have under and by virtue of the aforesaid lease. To have and to hold the above granted and bargained premises with the appurtenances thereunto belonging unto the said grantee its successors and assigns forever. And I, the said Fanny Tewksbury King, the grantor for myself, my heirs, executors and administrators, do hereby covenant with the said grantee, its successors and assigns that at and until the ensealing of these presents, said premises have not been encumbered by me and that I will warrant and defend said premises with the appurtenances thereunto belonging, unto the said grantee, its successors and assigns forever, against all lawful claims and demands whatsoever of all persons claiming by, through, or under me, except as to taxes, and special assessments due and payable in June 1910 and thereafter, which said taxes and special assessments said grantee hereby assumes and agrees to pay. And I, Ralph T. King, husband of the Fanny Tewksbury King, do hereby remise, release, and forever quit-claim unto the said The Realty Investment Company, its successors and assigns all my right and expectancy of dower in said premises. In witness whereof, we, the said Fanny Tewksbury King and the said Ralph T. King, hereunto set our hands at Cleveland, Ohio this 1st day of April, 1910.

Signed, acknowledged & delivered in presence of)   Fanny Tewksbury King
H. D. Messick            Alfred N. Ruple   )      Ralph T. King.

State of Ohio     ss  ) Before me, a Notary Public, in and for said County, personally appeared the above named Fanny Tewksbury King and Ralph T. King, who acknowledged that they did sign the foregoing instrument and that the same is their free act and deed. In witness whereof, I hereunto set my hand and official seal at Cleveland, Ohio

492

this 1st day of April, 1910.
Transf'd Apr. 21-1910
Rec'd Apr. 21-1910 at 2²⁰P.M.
Recorded Apr. 22-1910.
Fee for record 80 cts _____

H. D. Messick
Notary Public

Notarial Seal
Cuyahoga County Ohio

_Maurice Maschke Recorder_

516 811    Carl Jurgensen et al    To    Carl Schroter

Know all men by these presents that we, Carl Jurgensen and Friederika Jurgensen the grantors, for the consideration of ten ($10.00) dollars ($10.00) received to our full satisfaction of Carl Schroter, the grantee, do give, grant, bargain, sell and convey unto the said grantee, his heirs and assigns, the following described premises, situated in the City of Cleveland County of Cuyahoga and State of Ohio: and described as follows:- known as being sub-lot No. 47 in Beckwith, Fuller and Stone's subdivision of part of original 100 acre lot No. 348, as shown by the recorded plat in volume 9 of Maps, page 2 of Cuyahoga County Records, and being fifty (50) feet front on the west side of Malden Street, 100 feet 9½ inches deep on the north line, 100 feet 7 inches deep on the south line and 50 feet wide in the rear, be the same more or less, but subject to all legal highways To have and to hold the above granted and bargained premises, with the appurtenances thereof, unto the said grantee, his heirs and assigns forever. And we, the said grantors, do for ourselves and our heirs, executors and administrators, covenant with the said grantee, his heirs and assigns, that at and until the ensealing of these presents, we are well seized of the above described premises, as a good and indefeasible estate in fee simple, and have good right to bargain and sell the same in manner and form as above written, and that the same are free from all incumbrances whatsoever, except a mortgage to The Citizens Savings & Trust Co. for $2,000.00, dated August 7th, 1905, recorded in vol. 984 page 524, and a mortgage to The Citizens Savings & Trust Co., for two hundred ($200) dollars dated September 1st, 1908, recorded September 5th, 1908 in vol. 1162 p. 459-60 and that we will warrant and defend said premises, with the appurtenances thereunto belonging, to the said grantee, his heirs and assigns against all lawful claims and demands whatsoever, except the taxes for the last half of 1909, which the grantor assumes and agrees to pay. The grantee assumes and agrees to pay all taxes and assessments thereafter. And Carl Jurgensen and Friederika Jurgensen, respectively do hereby remise release and forever quit-claim unto the said grantee, his heirs and assigns all their right and expectancy of dower in the above described premises. In witness whereof, we have hereunto set our hands, the 21st day of April, in the year of our Lord one thousand nine hundred and ten.

Signed & acknowledged in the presence of }        Carl Jurgensen
H. H. Kinsey    B. S. Chamberlin }        Friederika Jurgensen

The State of Ohio, ss. } Before me, a Notary Public in and for said county and state Cuyahoga County, } personally appeared the above named Carl Jurgensen and Friederika Jurgensen who acknowledged that they did sign the foregoing instrument and that the same is their free act and deed In testimony whereof I have hereunto set my hand and official seal, at Cleveland, Ohio, this 21st day of April, A. D. 1910

Transf'd & Rec'd Apr. 21-1910 at 2ⁿᵈ P.M.
Recorded Apr. 22-1910
Fee for record 80 cts _____

H. H. Kinsey
Notary Public

Notarial Seal
Cuyahoga County Ohio

_Maurice Maschke Recorder._

Volume 2219

Vol. 2219

To have and to hold the same to the only proper use of the said grantee, his heirs and assigns forever.

And Augusta Graff and John W. Graff, the said Grantors, do for themselves and for their heirs, executors and administrators, hereby covenant with the said grantee, his heirs and assigns, that at the time of the execution of delivery hereof they are well seized of said premises as a good and indefeasible estate in FEE SIMPLE, and have good right to bargain and sell the same in manner and form as above written; that the title, so conveyed; is clear, free and unincumbered; except taxes and assessments for 1919 and thereafter, and further, that they do WARRANT AND WILL DEFEND the same, with the appurtenances thereto belonging, to the said grantee, his heirs and assigns forever, against all lawful claims of all persons whomsoever.

And he, the said John W. Graff, husband of the said Augusta Graff does hereby remise, release and forever quit-claim unto said grantee and his heirs and assigns all his right of dower in the above described premises.

In witness whereof, they hereunto set their hands this 3rd day of September in the year of our Lord One Thousand Nine Hundred and Nineteen.

Acknowledged Signed and Delivered in presence of us )                Augusta Graff

Evelyn M. Figart            William F. Kees        )                John W. Graff

State of Ohio,         ) Before me, a Notary Public in and for said County, personally appeared the above named
Cuyahoga County, ss. ) Augusta Graff and John W. Graff who acknowledged that they did sign the foregoing instrument, and that the same is their free act and deed.

In testimony whereof, I have hereunto set my hand, and affixed my official seal, at Cleveland, Ohio, this 3rd day of September, A. D. 1919.

U. S. Rev. Stamps $7.50 can.          )                        William F. Kees        ( Notarial Seal  )
                                                                                     (  Ohio          )
Trans'd September 4, 1919.            )                        Notary Public         ( Cuyahoga County)

Rec'd September 4, 1919 at 1:04 P.M.)

Recorded September 5, 1919.          )

Fee for Record $.80                  ) Hosea Paul, Recorder.

---

1096929            The Realty Investment Company        To        The Mentor Construction Company

Know all men by these presents, that Whereas, The Mentor Construction Company, an Ohio corporation, hereinafter referred to as the "Grantee", has acquired all of the capital stock, with the exception of Directors' qualifying shares, of The Realty Investment Company, an Ohio corporation, hereinafter referred to as the "Grantor", and

Whereas, the Grantor and the Grantee have agreed that the Grantor shall convey to the Grantee all of its Real property and interests therein,

Now, therefore, The Realty Investment Company, the Grantor, in consideration of the premises and the sum of One Dollar ($1.00) to it paid by The Mentor Construction Company, the Grantee, the receipt whereof is hereby acknowledged, does give, grant, bargain, sell and convey unto the said Grantee, its successors and assigns forever, the following described premises,

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, bounded and described as follows:

Parcel 1.

Being a part of original Two Acre Lots Nos. 102, 103 and 104, and bounded and described as follows:

Beginning at a point in the northerly line of Prospect Avenue at the southeasterly corner of land deeded by Henry Seaman and wife to Ichabod Champion and afterwards deeded by Ichabod Champion and wife to Ralph Cowles; thence northerly along the easterly line of said land deeded to Cowles, two hundred and forty-one feet (241) to the southerly line of land of Harvey Rice, said line being parallel with the southerly line of Euclid Avenue and one hundred and ninety eight feet (198') Southerly therefrom; thence easterly along said line one hundred and sixteen feet (116') to the northeasterly corner of land deeded by John W. Allen, Administrator of Samuel Cowles to Daniel A. Shepard; thence southerly along the easterly line of the land so deed, two hundred and thirty-

132

seven feet (237') to the northerly line of Prospect Avenue; thence westerly along the northerly line of Prospect Avenue, one hundred and sixteen feet (116') to the place of beginning, intending hereby to describe the same lands as deeded to Charles G. King by J. G. W. Cowles and wife, recorded July 19, 1890, in Cuyahoga County Records, Vol. 469, Page 497.

Parcel 2.

Being a part of original Two Acre Lots Nos. 91, 92, 103 and 104, and bounded as follows:

Beginning on the southerly line of Euclid Avenue at a point on said street line sixty-seven feet (67') westerly of the northwest corner of land in said lots, deeded by David Long and wife to Samuel Cowles by deed dated January 28, 1823, in Record Vol. D. Page 401; thence southerly at right angles with said southerly line of Euclid Avenue one hundred and ninety-eight (198') feet; thence westerly parallel with said southerly line of Euclid Avenue ninety feet (90') to the south-easterly corner of land in said lots Nos. 91 and 103, formerly owned by Harvey Rice; thence north-erly along the easterly line of said Harvey Rice's land one hundred and ninety-eight (198) feet to the southerly line of said Euclid Avenue; thence easterly along said southerly line of Euclid Avenue ninety feet (90') to the place of beginning, and being a parcel of land ninety feet (90') in width and one hundred and ninety-eight feet (198') in depth, be the same more or less, intend-ing hereby to describe the same lands as deed to Charles G. King by Oliver A. Brooks and wife, recorded October 27, 1882, in Cuyahoga County Records, Vol. 342, Page 64. This deed is made subject to an agreement governing an alley-way made by S. O. Griswold and C. G. King, said agreement being recorded December 24, 1886, in Cuyahoga County Records, Vol. 404, Page 373; and also subject to a party wall agreement with W. H. Lawrence, recorded December 24 1886, in Vol. 404, Page 374, in Cuyahoga County Records.

Parcels Nos. 1 and 2 being the premises conveyed to the Grantor herein by C. G. King et al by deed dated October 26th, 1894, recorded in vol. 590, Page 260, Cuyahoga County Records of Deeds.

Parcel 3.

Being part of original Two Acre Lots Nos. 95, 96, 107 and 108 in said city, and being all of the land conveyed by Amos K. Eno and wife to Henry Chisholm by deed dated August 6th, 1879, and recorded in vol. 302, Pages 615 and 616 in Cuyahoga County Records of Deeds. And also all of the land conveyed by Dwight P. Clapp and wife to Henry Chisholm by deed dated August 21, 1879 and recorded in Vol. 303, Pages 71 and 72 in Cuyahoga County Records of Deeds, and reference is hereby had to both of said recorded deeds for a full and particular description of said deeded premises, and more fully described as follows:

Beginning at the southeast corner of land in said lot No. 95 which is owned by Charles O. Scott; thence northerly upon the easterly line of said Scott's land to Vincent Street; thence easterly along the south line of Vincent Street to the east line of said Lot No. 95; thence southerly along the east line of said lot No. 95 to the southwest corner of land owned by the heirs of Mary E. Gayton; thence east along the south line of said Gayton land to the west line of Erie Street; thence south along the west line of Erie Street to the north line of a private alley described in said deed from Dwight P. Clapp to Henry Chisholm; thence west along the North line of said Alley to its west end; thence south across the west end of said Alley to its south-west corner; thence east along the south line of said alley to the northwest corner of land owned by Isaac N. Hines; thence southerly along the west line of said Hines' land to the north line of Euclid Avenue; thence westerly along the north line of Euclid Avenue, one hundred and twenty-four (124') feet to the place of beginning. And also the undivided one-half in common of the land includ-ed in said private alley. Excepting from the above described premises that part of the land thereof now included in Vincent Street. This deed is made subject to a party wall agreement with Alfred Gayton and William W. Gayton, recorded September 16, 1891, vol. 503, Page 483, in Cuyahoga County Records.

Being the premises of which an undivided three-fifths interest was conveyed to the grantor

.Cl. 218

herein by Ralph A. King et.al, by deed dated October 26th, 1894, recorded in .ol. 590, Page 263, Cuyahoga County Records of Deeds, and of which an undivided two-fifths interest was conveyed to said Grantor by William Chisholm et al by deed dated November 5, 1898, recorded in vol. 705, Page 313, Cuyahoga County Records of Deeds.

Parcel 4.

Being part of original Two Acre Lots Nos. 96 and 108 and bounded and described as follows:

Beginning at a point in the northerly line of Euclid Avenue, 79-9/12 feet westerly from the intersection of said northerly line with the westerly line of East 9th Street (formerly Erie Street) thence northerly along the westerly line of land formerly owned by The First Baptist Society 163 feet to the Northwest corner of a parcel of land conveyed by Lemuel Crawford and wife to said The First Baptist Society by deed dated November 1, 1862, and recorded in Volume 117, Page 605 of Cuyahoga County Records; thence westerly along the westerly extension of the northerly line of the land so conveyed to said Society 14 feet 9 inches to the northeast corner of a parcel of land conveyed by George E. Hall and wife to William W. Crawford, and others, by deed dated July 1st, 1871, and recorded in Volume 193, Page 336 of Cuyahoga County Records; thence southerly in a direct line about 145 feet to a point in the northerly line of Euclid Avenue, 59 feet 10-1/2 inches westerly from the place of beginning; thence easterly along the northerly line of Euclid Avenue, 59 feet 10-1/2 inches to the place of beginning.

Together with the right of way created by deed from Lemuel Crawford and wife to Emily D. Tascott, dated November 1, 1862, and recorded in Volume 122, Page 597 over a strip of land bounded and described as follows:-

Beginning at the northeast corner of the land conveyed to The First Baptist Society as above mentioned; thence northerly along the westerly line of East 9th Street, 8 feet; thence westerly parallel with the northerly line of said Society's land 98 feet; thence southerly parallel with the westerly line of East 9th Street, 8 feet; thence easterly along the westerly extension of the northerly line of said Society's land and along the northerly line of said Society's land 98 feet to the place of beginning.

Also the right of way created by deed from Lemuel Crawford and wife to the First Baptist Society dated November 1, 1862, and recorded in Volume 117, page 605, over a parcel of land bounded and described as follows:

Beginning at the northwest corner of the land conveyed to said The Baptist Society; thence easterly along the northerly line of said Society's land, 7 feet; thence southerly parallel with the westerly line of said land 5 feet thence westerly parallel with the northerly line of said land, 7 feet to the westerly line of said land; thence northerly along the westerly line of said land 6 feet to the northwest corner thereof.

Parcel 5.

Being part of Two Acre Lots Nos. 91 and 92, bounded and described as follows:

Beginning upon the northerly line of Euclid Avenue and at a point in said Avenue forty feet (40') easterly by the line of said Avenue from the westerly line of said Lot 91, and which point of beginning is also at the southeasterly corner of land deeded by S. J. Andrews and wife to H. H. Little in Vol. 105, Page 536, Cuyahoga County Records; thence north $10^\circ$ 10' west at right angles with said Avenue one hundred feet (100') to a stone set in the ground; thence north $33^\circ$ 21' west twelve feet, eight and one-half inches (12'8-1/2") to the foundation walls of said Little's house; thence north $10^\circ$ 10' west five and one-half feet (5-1/2') to the northeast corner of said foundation wall; thence south $79^\circ$ 50' west two feet, four and one-half inches (2' 4-1/2"); thence north $33^\circ$ 21' west one hundred twenty-two feet and two and one-half inches (122' 2-1/2") to a stone set in the ground; thence easterly parallel with Superior Street fifty-three feet nine inches (53' 9") to the easterly line of said lot 91; thence southerly on said lot line to a point thirteen rods right angle distance from

134

Superior Street, thence easterly and parallel with Superior Street, twenty-seven and one-twelfths feet (27-1/12') and to the northwest corner of a small piece of land deeded by M. J. and Henry Nottingham to Emma D. Freeman in Vol. 193, Page 159, Cuyahoga County Records; thence southerly along westerly line of land so deeded fifty and nine-twelfths feet (50' 9") to the southwest corner of the same and to the northeast corner of a small parcel of land deeded by Emma D. and George Freeman to Mary J. Nottingham in Vol. 194, Page 584, Cuyahoga County Records; thence southerly along the easterly line of said land so deeded, seventy-eight feet, seven inches (78' 7") to a point six feet (6') easterly, right angle distance from the west line of said lot 92 and which point is one hundred feet eight inches (100' 8") distant from the northerly line of Euclid Avenue, right angle course; thence southerly and along said right angle line one hundred feet, eight inches (100' 8") to Euclid Avenue and to a point one hundred and six feet easterly by the line of said Avenue from the west line of said lot 91; thence westerly along said line of Euclid Avenue sixty-six feet (66') to the place of beginning. Excepting from the above described premises a piece of land about fifty-three and nine-twelfths (53 9/12) feet wide and about thirty-six feet (36') deep, lying north of an alleyway and being the land deeded by C. G. King and wife and Ralph T. King and C. G. King, Jr. to Myron T. Herrick and recorded June 30, 1886, Volume 395, Pages 561 and 562 in the Cuyahoga County Records of Deeds.
Parcel 6.

Being part of original Two Acre Lot No. 92, described as follows:

Beginning at the northwesterly corner of lands conveyed by Aldred Eyears to Levy and Stearn, Vol. 405, Page 351, Cuyahoga County Records, said point being one hundred and thirty (130') feet distant at right angles northerly from the north line of Euclid Avenue measured on the westerly line of land so conveyed; thence north 10° 10' west on a continuation of said westerly line thirty six feet, six inches (36' 6") to a point; thence south 29°34' east thirty-eight feet eleven and one-quarter inches (38'11-1/4") to the northerly line of land conveyed by said Eyears to Levy & Stearn; thence south 79° 50' west twelve feet six inches (12'6") to the place of beginning. Containing two hundred twenty-six and fifty one hundredths (226-50/100) square feet, being the premises deeded by Liberty E. Holden and wife to C. G. King Jr. and R. T. King, recorded January 19, 1889, Vol. 438, Page 504 in Cuyahoga County Records.

Parcels Nos. 5 and 6 being the same premises conveyed to the Grantor herein by C. G. King et al by deed dated October 26, 1894, recorded in Vol. 590, Page 258, Cuyahoga County Records of deeds.
Parcel 7.

Being part of original Two Acre Lots Nos. 91 and 92, beginning on the northerly line of Euclid Avenue and at the southwest corner of land sold by Ahaz Merchant to one Salmon Fitch, April 14, 1851, deed recorded Vol. 66, Page 262 of Cuyahoga County Records and running thence north 10° 10' west and at right angles with said Euclid Avenue one hundred and thirty (130') feet; thence south 79° 50' west forty-one (41') feet to the last line of land sold by said Merchant to James K. Hitchcock and now or formerly owned by Emma D. Freeman; thence south 10° 10' east one hundred and thirty (130') feet to the northerly line of Euclid Avenue, and thence north 79° 50' east along said line of Euclid Avenue, forty-one (41) feet to the place of beginning. And being the same premises conveyed to Levy & Stearn by Aldred Eyears by deed recorded in Vol. 405, Page 351, of Cuyahoga County Records of deeds, and dated February 15, 1887, and conveyed to Ralph T. King and C. G. King, Jr. by Levy & Stearn and their wives by deed recorded in Vol. 437, Page 395, in Cuyahoga County Records of Deeds December 6, 1888.

This deed is made subject to a certain agreement with J. M. Gasser in relation to a party wall which is recorded in Vol. 409, Page 309 in Cuyahoga County Records.

Being the premises conveyed to the Grantor herein by Ralph T. King et al by deed dated October 26, 1894, recorded in Vol. 590, Page 266 Cuyahoga County Records of Deeds.
Parcel 8.

Being part of original Two Acre Lots Nos. 91 and 92 in said city, bounded and described as follows: to wit;

Vol. 2219

Beginning on the northerly line of Euclid Avenue at a point 105 feet easterly from the
east'ly line of said lot Number 91, measuring by the said northerly line of Euclid Avenue,
thence easterly along said northerly line of Euclid Avenue 53-1/2 feet to land formerly owned
by John F. Warner; thence north 10° 10' west at right angles with said Euclid Avenue 199 feet
and 1/2 inch to land conveyed to E. R. Taylor by deed of George Freeman and said Emma D. Freeman
dated June 22, 1878; thence south 56° west, eight feet 3-1/2 inches to the southwest corner of
said land so as aforesaid conveyed to said Taylor; thence northerly at right angles with Superior
Avenue 43 feet to the southerly line of the so-called alley hereinafter described; thence westerly
parallel with Superior Avenue 43 feet 6 inches to land formerly owned by Charles G. King; thence
southerly along the easterly line of said land formerly owned by Charles G. King to the place of
beginning. Together with all rights or title of said Emma D. Freeman (and all right or title which
she, and all which her late husband, George Freeman, at the dates of the leases hereinafter mention-
ed had) in or to a certain so-called alley twelve (12) feet wide, leading from East Sixth Street N.E.
(formerly known as Bond Street) westerly to land formerly owned by H. H. Little.

Being the premises conveyed to the Grantor herein by Emma D. Freeman by deed dated July 13, 1898
recorded in Vol. 1151, page 366, Cuyahoga County Records of Deeds.

Parcel 9.

Being part of original Two Acre Lot No. 88 in said city, bounded and described as follows:
Southerly by Euclid Avenue, easterly by the westerly line of land formerly owned by Levi Benedict;
northerly by a line parallel with Superior Avenue and eight (8) rods distant from the southerly
line thereof; and westerly by the easterly line of land now or formerly owned by S. Williamson's
Estate and a line extended straight therefrom to the northerly line of the land granted in deed
from John M. Sterling to E. Strickland in Vol. 85, Page 101.

Being about thirty-five feet and ten inches (35'10") front on Euclid Avenue and extending
back about the same width to land deeded to John M. Sterling by A. Hinkox. Excepting from the
above described premises all that portion thereof which was reconveyed to Benjamin Strickland
and wife to J. M. Sterling by deed dated July, 1856 and recorded in Vol. 86, Page 135, in the
office of the Recorder of said County.

The above described premises are the same which were deeded to Benjamin Strickland and wife
to C. G. King by deed recorded May 8, 1885, Vol. 379, Page 382, in Cuyahoga County Records.

Also part of original Two Acre Lots Nos. 88 and 89 in said city and is bounded as follows:
Commencing on the northerly line of Euclid Avenue and at the southeast corner of Levi Benedict's
land; thence northerly along said Benedict's easterly line one hundred thirty-one and nine-
twelfths feet (131-9/12); thence northerly parallel with the center line of Lot 89 to a point
eight (8) rods distant and at right angles southerly from Superior Avenue; thence easterly and
parallel with Superior Avenue to a point intersecting with said center line of Lot 89; thence
along said line southerly until a distance is attained of forty-four and one-twelfth (44-1/2')
feet from said Benedict's easterly line; thence southerly and at right angles with Euclid Avenue
one hundred (100) feet to the northerly line of said Avenue; thence along said northerly line of
Euclid Avenue easterly forty-four and one-twelfth (44-1/12) feet to the place of beginning. The
above described premises are the same which were deeded by Eratus J. Cobb and wife to C. G. King,
recorded May 18, 1882, Volume 337, Page 198, in Cuyahoga County Records.

Also part of original Lots Nos. 88 and 89 in said city and bounded beginning upon the north-
erly line of Euclid Avenue, thirty-six feet one and one-half inches (36'1-1/2") distant measuring
along said northerly line from the corner of land owned by Samuel Williamson's Estate; thence
north 79° 50' East along said northerly line thirty-six feet one and one-half inches (36' 1-1/2");
thence north 10° 10' W. at right angles with said street line one hundred thirty-one feet and nine
inches (131' 9"); thence northerly by a line parallel with the west line of said lot 89 to a point
eight (8) rods distant from Superior Avenue; thence westerly by a line parallel with Superior

136

Avenue and along the southerly line of J. M. Sterling's land to the west line of said Lot No. 89; thence southerly along said westerly line to a point one hundred fifteen feet and seven inches (115' 7") distant from Euclid Avenue at right angles thereto; thence S. 10°10' E. one hundred fifteen feet and seven inches (115' 7") to the place of beginning. Being the same land conveyed by the executors of Levi Benedict to C. G. King by deed recorded June 28, 1882, Vol. 339, Page 366 in Cuyahoga County Records.

Being the premises conveyed to the Grantor herein by C. G. King et al by deed dated October 26 1894, recorded in volume 590, Page 252, Cuyahoga County Records of Deeds.

Parcel 10.

Being that part of original two Acre Lots Nos. 157 and 158 in said city, bounded and described as follows: Northerly by Euclid Avenue; westerly by Short Alley; easterly by a line drawn parallel with and fifty-two (52) feet easterly from the easterly line of Short Alley; and southerly by a line drawn from a point on Short Alley, distant eighty-five (85) feet northerly, (measuring along said line of said alley), from the northerly line of Huron Road, to a point on the easterly line of said premises, distant eighty (80) feet northerly from such line of Huron Road.

Being the premises conveyed to the Grantor herein by Fannie Tewksbury King by deed dated April 1, 1910, recorded in vol. 1226, Page 491, Cuyahoga County Records of Deeds.

Parcel 11.

Being part of original Two Acre Lot No. 158 in said city, and bounded and described as follows:

Beginning on the southerly line of Euclid Avenue at a point fifty-two (52) feet east of the easterly line of Cross Alley; thence southerly and parallel with said easterly line of Cross Alley to Huron Road; thence easterly along the northerly line of Huron Road forty-eight (48) feet; thence northerly and parallel with said easterly line of Cross Alley to the south line of Euclid Avenue; t thence westerly along said southerly line of Euclid Avenue forty-eight (48) feet to the place of beginning, and being bounded on the west by land formerly owned by Childs and on the east by land formerly owned by Richard C. Parsons, with the appurtenances thereto.

Being the premises conveyed to the Grantor herein by Thomas E. White, Trustee, by deed dated June 25, 1909, recorded in vol. 1201, Page 221, Cuyahoga County Records of Deeds.

Together with all other real property and interest therein now owned by the Grantor herein in Cuyahoga County, Ohio; the intent hereof being to convey to the Grantee all real property and interests therein owned by the Grantor, whether herein specifically described or not; and the enumeration and description of the parcels aforesaid shall not be deemed to be exclusive of any other real property or interest therein now owned by the Grantor, but title thereto shall be, and is hereby conveyed to the Grantee.

Together with all easements, rights, of way, party wall agreements, and all other appurtenances to or of the parcels above described or referred to, but subject to all legal highways, rights of way and party wall agreements now in force and of record, and subject also to current taxes and assessments which are hereby assumed by the Grantee.

To have and to hold the above granted and bargained premises, with the appurtenances thereof, unto the said Grantee, its successors and assigns forever.

And the said Grantor does for itself and its successors covenant with the said Grantee, its successors and assigns, that at and until the ensealing of these presents it is well seized of the above described premises as a good and indefeasible estate in FEE SIMPLE and has good right to bargain and sell the same in manner and form as above written, and that the same are free from all encumbrances whatsoever except as above set forth, and that it will WARRANT AND DEFEND said premises, with the appurtenances thereunto belonging, to the said Grantee, its successors and assigns, against all lawful claims and demands whatsoever except as above set forth.

In witness whereof, The Realty Investment Company has caused this instrument to be executed by its President and Secretary, thereunto lawfully authorized by action of its Board of Directors and stockholders, and its corporate seal to be hereunto affixed, this 3rd day of September, 1919.

Vol. 2219

Signed and acknowledged in the presence of: )        The Realty Investment Company,
                                                                                        ( The Realty Investment )
M. A. Hinshillwood   Charles C. Owens        )        By Ralph King   President          Company Cleveland, Ohio
                                                                                        ( Corporate Seal )
                                                       Attest E. S. Sanderson   Secretary.

State of Ohio,           ) Personally appeared before me, the undersigned, a Notary Public in and for the county
Cuyahoga County, ss. ) aforesaid, Ralph King and E. S. Sanderson, to me known and known to me to be the President
and Secretary respectively of The Realty Investment Company, the corporation which executed the foregoing instru-
ment as Grantor, who severally acknowledged to me that they did sign and seal said instrument as such President
and Secretary respectively, and that the same is their free act and deed as such officers and the free and corpor-
ate act and deed of the Realty Investment Company.

In Witness whereof, I have hereunto set my hand and notarial seal this 3rd day of September A. D. 1919.

Trans'd September 4, 1919.                              Charles C. Owens
                                                                                        ( Notarial Seal )
Rec'd September 4, 1919 at 1:07 P. M. )                 Notary Public                    Ohio
                                                                                        ( Cuyahoga County)
Recorded September 5, 1919.               )

Fee for Record  4.75                      ) Hosea Paul, Recorder.

---

1096960             Ralph T. King et al        To      The Mentor Construction Company

Know all men by these presents, that we, Ralph T. King and Fannie M. King, husband, and wife, for the considera-
tion of Ten Dollars ( 10.00), received to our full satisfaction of The Mentor Construction Company, the Grantee,
do give, grant, bargain, sell and convey unto the said Grantee, its successors and assigns, the following describ-
ed premises:

Parcel 1.

Situated in the city of Cleveland, County of Cuyahoga and State of Ohio, and known as being a part
of original One Hundred Acre Lot No. 338, and bounded and described as follows:

Beginning at a point in the westerly line of Euclid Place, (now known as East 69th Street), the
westerly line of which street is parallel with and one hundred and fourteen and sixty one hundredths
(114.60) feet easterly from the dividing line between land conveyed to Alexander Sackett, by deed
recorded in Volume 147, Page 186, of Cuyahoga County Records and to Moses Kelley by deed recorded in
Volume 66, Page 287, of Cuyahoga County Records, which said beginning point is four hundred and seventy
(470) feet southerly from the southerly line of Euclid Avenue; thence westerly at right angles to said
westerly line of East 69th Street, one hundred and fourteen and sixty one-hundredths (114.60) feet to
the said dividing line above mentioned, thence southerly along said dividing line fifty (50) feet;
thence easterly parallel with the northerly line of this parcel of land now being described one hundred
and fourteen and sixty one-hundredths (114.60 ) feet to the westerly line of East 69th Street; thence
northerly along said westerly line of East 69th Street, fifty (50) feet to the place of beginning, be
the same more or less, but subject to all legal highways.

Being the premises conveyed to Ralph W. King by Katherine S. Plummer et al by deed dated March
25, 1912, recorded in vol. 1392, Page 90, Cuyahoga County Records of deeds.

Parcel 2.

Situated in the city of Cleveland, County of Cuyahoga and State of Ohio, and known as being a
part of original 100 acre Lot No. 338, and bounded and described as follows:

Beginning on the southerly line of Euclid Avenue at its intersection with the westerly line of
land conveyed by Ebenezer J. Starks and wife to Charles H. Giddings by deed dated March 12, 1853, and
recorded in Volume M. Page 256 of Cuyahoga County Records; thence southerly along the westerly line
of land so conveyed to Giddings as aforesaid about 631-59/100 feet, more or less to a point 217 feet
northerly from the northerly line of East Prospect Street, now known as Carnegie Avenue S. E; thence
westerly parallel with the northerly line of Carnegie Avenue S. E., 193 feet to the westerly line
conveyed by Levi Johnson and wife to Harriet Sacket by deed recorded in volume 45, Page 698, of
Cuyahoga County Records; thence northerly along said westerly line about 648-24/100 feet to the

And Be It Further Resolved that the President and Secretary of this Company be, and they are hereby, authorized and directed to make and file with the Secretary of the State of Ohio a proper copy and certificate of said amendment.

CERTIFICATE OF AMENDMENT.

To the Secretary of State, ),
Columbus, Ohio.          )

The Mentor Construction Company, acting by its President and Secretary hereby certify that the foregoing is a true copy of the original amendment to the Articles of Incorporation of The Mentor Construction Company which was adopted by the votes of the owners of more than three-fifths of its stock, at a meeting thereof held on the 15th day of September, 1919, at the office of the Company in the City of Cleveland, Ohio, notice of which meeting was duly waived in writing, as authorized by law.

In Testimony Whereof, the President and Secretary of The Mentor Construction Company, acting for and on behalf of the said corporation, have hereunto set their hands and caused the seal of said corporation to be hereto affixed this 15th day of September, 1919.

THE MENTOR CONSTRUCTION COMPANY,  (s)

By Ralph King,  President,

E. B. Sanderson,  Secretary.

United States of America,  )
State of Ohio,             )
Office of the Secretary of State.)

I, Harvey C. Smith, Secretary of State of the State of Ohio, do hereby certify that the foregoing is an exemplified copy, carefully compared by me with the original record now in my official custody as Secretary of State, and found to be true and correct, of the Copy and Certificate of Amendment of The Mentor Construction Company filed in this office on the 22nd day of September, A. D. 1919 and recorded in Volume 329, Page 644, of the Records of Incorporations.

VOL 7681 PAGE 541

D E E D

623268

KNOW ALL MEN BY THESE PRESENTS, that THE REALTY
INVESTMENT COMPANY, a corporation incorporated under the laws of
the State of Ohio, the Grantor, for the consideration of Ten Dol-
lars ($10.00) and other good and valuable considerations received
to its full satisfaction of THEODORE W. BERENSON, the Grantee,
whose tax mailing address will be 50 Federal Street, Boston 10,
Massachusetts, does hereby give, grant, bargain, sell and convey
unto the said Grantee, his heirs, executors, administrators and
assigns, any and all such right, title and interest as the Gran-
tor has, or ought to have, or may at any time hereafter acquire,
in and to the following described premises:

Situated in the City of Cleveland, County of
Cuyahoga, and State of Ohio, and known as being part of
Original Two Acre Lots Nos. 157 and 158, and bounded and
described as follows:

Beginning on the Southerly line of Euclid Avenue,
99 feet wide, at its intersection with the Easterly line
of East 12th Street (formerly Short Alley), 16.50 feet
wide; thence Easterly along the Southerly line of Euclid
Avenue, 100 feet to the Northwesterly corner of land con-
veyed to Alfred A. Pope by deed dated September 26, 1892
and recorded in Volume 524, Page 411 of Cuyahoga County
Records; thence Southerly along the westerly line of
land so conveyed to Alfred A. Pope, said line being
also parallel with the Easterly line of East 12th Street
to an angle therein; thence Southeasterly along the South-
westerly line of land so conveyed to Alfred A. Pope, said
line being also parallel with the Northeasterly line of
East 12th Street to the Northwesterly line of Huron Road,
S. E. (formerly Huron Street), 99 feet wide; thence South-
westerly along the Northwesterly line of Huron Road, S. E.,
48 feet to the most Easterly corner of land conveyed to
John M. Henderson by deed dated April 5, 1880 and re-
corded in Volume 313, Page 37 of Cuyahoga County Records;
thence Northwesterly along the Northeasterly line of land
so conveyed, said line being also parallel with the North-
easterly line of East 12th Street, 80 feet to the most
Northerly corner thereof; thence Southwesterly along the
Northwesterly line of land so conveyed, 52.25 feet to the
Northeasterly line of East 12th Street; thence Northwes-
terly along the Northeasterly line of East 12th Street,
17.95 feet to an angle therein; thence Northerly contin-
uing along the Easterly line of East 12th Street, 104.52

VOL 7681 PAGE 542

feet to the place of beginning, be the same more or less, but subject to all legal highways.

Together with (a) the Grantor's right, title and interest in and to the eleven (11) story commercial building located on the above described land and forming an integral part of and connected with buildings on adjoining and adjacent premises, as well as the Grantor's right, title and interest in and to all other improvements located on the above described land; and (b) the Grantor's right, title and interest in and to the public streets and ways adjoining the above described land and the sub-spaces and other areas thereunder.

Also together with the Grantor's right, title and interest under, but subject to, a certain Lease from The Realty Investment Company to Salmon P. Halle and Samuel H. Halle, dated March 15, 1912, and recorded in Lease Volume 52, Page 383, of Cuyahoga County Records, as modified by a certain Modification of Lease, dated October 17, 1912, and recorded in Lease Volume 56, Page 355, of Cuyahoga County Records, and as further modified by a certain unrecorded instrument dated October 27, 1936, and executed by The Realty Investment Company, the right, title and interest of the Lessee under said Lease, as so modified, now appearing of record in The Halle Bros. Company as the result of two (2) certain Assignments dated December 30, 1929, and November 13, 1936, and recorded in Lease Volume 176, Page 499, and Lease Volume 209, Page 23, of Cuyahoga County Records, respectively.

Also subject to taxes and assessments, both general and special, for the year 1952 and thereafter.

TO HAVE AND TO HOLD, the above described premises, together with all the rents, issues and profits thereof, unto the said Grantee, his heirs, executors, administrators and assigns forever, so that neither the said Grantor, its successors or assigns, nor any other person claiming title from, through or under it, shall or will hereafter claim or demand any right, title or interest in or to said premises, or any part thereof, but they and every one of them shall by these presents be excluded and forever barred.

IN WITNESS WHEREOF, THE REALTY INVESTMENT COMPANY, by its duly authorized officer, has caused these presents to be signed this 10th day of February, A. D. 1953.

Signed and acknowledged in the presence of:

THE REALTY INVESTMENT COMPANY

By _David C. Prugh, Vice-President_
David C. Prugh, Vice-President

VOL 7681 PAGE 543

STATE OF OHIO    )
                : SS.
CUYAHOGA COUNTY )

           BEFORE ME, a Notary Public in and for said County personally appeared the above named THE REALTY INVESTMENT COMPANY, by David C. Prugh, its Vice-President, who acknowledged that he did sign the foregoing instrument and that the same is the free act and deed of said corporation and his free act and deed personally and as such officer.

           IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my official seal at Cleveland, Ohio, this 10th day of February, A. D. 1953.

                               _John J. Conway_
                                Notary Public
         My Commission Expires
                  10-20-55

Conveyance not subject to tax under Section 3482, Internal Revenue Code, and Regulations issued pursuant thereto.

623268

D E E D

RECEIVED FOR RECORD
AT
FEB 10 1953
RECORDED IN CUYAHOGA
COUNTY RECORDS
Vol. 7681 Page 543
FRANK S. DAY
County Recorder

ENTERED FOR TAX
FEB 10 '53
AUDITOR

LAW OFFICES OF
THOMPSON, HINE AND FLORY
NATIONAL CITY BANK BUILDING
CLEVELAND

VOL 7681 PAGE 554

<u>D E E D</u>

623270

KNOW ALL MEN BY THESE PRESENTS, that THEODORE W. BERENSON, married, of Boston, Massachusetts, the Grantor, for the consideration of Ten Dollars ($10.00) and other good and valuable considerations received to his full satisfaction of THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, a corporation of the State of New Jersey, the Grantee, whose tax mailing address will be 465 Union Commerce Building, Cleveland 14, Ohio, does hereby give, grant, bargain, sell and convey unto the said Grantee, its successors and assigns, the following described premises:

Situated in the City of Cleveland, County of Cuyahoga, and State of Ohio, and known as being part of Original Two Acre Lots Nos. 157 and 158, and bounded and described as follows:



Beginning on the Southerly line of Euclid Avenue, 99 feet wide, at its intersection with the Easterly line of East 12th Street (formerly Short Alley), 16.50 feet wide; thence Easterly along the Southerly line of Euclid Avenue, 100 feet to the Northwesterly corner of land conveyed to Alfred A. Pope by deed dated September 26, 1892, and recorded in Volume 524, Page 411 of Cuyahoga County Records; thence Southerly along the westerly line of land so conveyed to Alfred A. Pope, said line being also parallel with the Easterly line of East 12th Street, to an angle therein; thence Southeasterly along the Southwesterly line of land so conveyed to Alfred A. Pope, said line being also parallel with the Northerly line of East 12th Street, to the Northwesterly line of Huron Road, S. E. (formerly Huron Street), 99 feet wide; thence Southwesterly along the Northwesterly line of Huron Road, S. E., 48 feet to the most Easterly corner of land conveyed to John M. Henderson by deed dated April 5, 1880, and recorded in Volume 313, Page 37 of Cuyahoga County Records; thence Northwesterly along the Northeasterly line of land so conveyed, said line being also parallel with the Northeasterly line of East 12th Street, 80 feet to the most Northerly corner thereof; thence Southwesterly along the Northwesterly line of land so conveyed, 52.25 feet to the Northeasterly line of East 12th Street; thence Northwesterly along the Northeasterly line of East 12th Street, 17.95 feet to an angle therein; thence Northerly, continuing along the Easterly



VOL 7681 PAGE 555

line of East 12th Street, 104.52 feet to the place of
beginning, be the same more or less, but subject to all
legal highways.

Together with (a) the Grantor's right, title
and interest in and to the eleven (11) story commercial
building located on the above described land and form-
ing an integral part of and connected with buildings on
adjoining and adjacent premises, as well as the Grantor's
right, title and interest in and to all other improve-
ments located on the above described land; and (b) the
Grantor's right, title and interest in and to the public
streets and ways adjoining the above described land and
the sub-spaces and other areas thereunder.

Also together with the Grantor's right, title
and interest under, but subject to, a certain Lease from
The Realty Investment Company to Salmon P. Halle and
Samuel H. Halle, dated March 15, 1912, and recorded in
Lease Volume 52, Page 383, of Cuyahoga County Records,
as modified by a certain Modification of Lease, dated
October 17, 1912, and recorded in Lease Volume 56, Page
355, of Cuyahoga County Records, and as further modified
by a certain unrecorded instrument dated October 27,
1936, and executed by The Realty Investment Company,
the right, title and interest of the Lessee under said
Lease, as so modified, now appearing of record in The
Halle Bros. Company as the result of two (2) certain
Assignments dated December 30, 1929, and November 13,
1936, and recorded in Lease Volume 176, Page 499, and
Lease Volume 209, Page 23, of Cuyahoga County Records,
respectively.

TO HAVE AND TO HOLD the above granted and bar-
gained premises, with the appurtenances thereunto belonging,
unto the said Grantee, its successors and assigns, forever.

And Theodore W. Berenson, the said Grantor, for
himself, his heirs, executors, administrators and assigns, does
covenant with said The Prudential Insurance Company of America,
its successors and assigns, that at and until the ensealing of
these presents, said premises have not been encumbered by him
or by any person claiming by, through or under him, and that
he will warrant and defend said premises, with the appurte-
nances thereunto belonging, to the said Grantee, its succes-
sors and assigns forever, against all lawful claims and demands
whatsoever of all persons claiming by, through or under him,
except taxes and assessments, both general and special, for
the year 1952 and thereafter.

-2-

VOL 7681 PAGE 556

And for a valuable consideration, EVELYN G. BERENSON, the wife of the said Grantor, does hereby remise, release and forever quitclaim unto the said Grantee, its successors and assigns, all her right, title and expectancy of dower in the above granted and bargained premises.

IN WITNESS WHEREOF, the said Theodore W. Berenson and the said Evelyn G. Berenson, by David C. Prugh, their attorney in fact, hereto duly authorized by two (2) certain Powers of Attorney each dated the 4ᵗʰ day of February, 1953, and heretofore filed with the Recorder of Cuyahoga County, Ohio, as his Instruments Nos. 623247 and 623248, respectively, have hereunto set their hands, this 10ᵗʰ day of February, A. D. 1953.

Signed and acknowledged
in the presence of:

*John J. Conway*

_Theodore W. Berenson_
_By David C. Prugh_
_His Attorney in Fact_
Theodore W. Berenson
By David C. Prugh
His Attorney in Fact

_Evelyn G. Berenson_
_By David C. Prugh_
_Her Attorney in Fact_
Evelyn G. Berenson
By David C. Prugh
Her Attorney in Fact

STATE OF OHIO      )
                   :  SS.
COUNTY OF CUYAHOGA )

BEFORE ME, a Notary Public in and for said county and state, personally appeared the above named Theodore W. Berenson and the above named Evelyn G. Berenson, by their attorney in fact, David C. Prugh, who acknowledged that he did sign the foregoing instrument and that the same is the free act and deed of the said Theodore W. Berenson and Evelyn G. Berenson and the free act and deed of the said David C. Prugh individually and as such attorney in fact for said Theodore W. Berenson and said Evelyn G. Berenson.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my official seal this 10ᵗʰ day of February, A. D. 1953.

_John J. Conway_
Notary Public
John J. Conway
My Commission Expires 10-20-55

623270

RECEIVED FOR RECORD
AT 9:30 M
FEB 10 1953
RECORDED IN CUYAHOGA
COUNTY RECORDS
VOL ____ Page ____
FRANK S. DAY
County Recorder

ENTERED FOR TRANSFER
FEB 10 1953
AUDITOR



681458

VOL. 88-6836 PAGE 25

Statutory Short Form
Limited Warranty Deed
§5302.07, Ohio
Revised Code



### LIMITED WARRANTY DEED

Know All Persons By These Presents, that:

The Prudential Insurance Company of America, a New Jersey corporation (the "Grantor" herein, and the principal office of which is located at Prudential Plaza, Newark, Essex County, New Jersey 07101), for a valuable consideration paid, does hereby grant and convey with limited warranty covenants to Rupeno Realty Corp., a New York corporation (the "Grantee" herein), the following described real property (the "Property"), situated in the City of Cleveland, County of Cuyahoga and State of Ohio:

Being that certain tract of land being bounded and more particularly described in the addendum entitled "Description of the Property" which is attached hereto as Appendix A, such addendum being incorporated by reference into this instrument at this place and made a part hereof, together with all easements and other rights and privileges appurtenant thereto.

The tax mailing address of the Grantee is as follows: c/o Allan Riley Realty, Inc., 230 Park Avenue, New York, New York 10017.

The County Auditor's Tax Parcel Numbers are as follows: 101-37-014 and 101-37-016.

The Prior Instrument Reference is as follows: Deed Book Vol. 7681, page 554, Recorder's Office, Cuyahoga County, Ohio.

The Property being conveyed by this deed is subject to certain encumbrances that are exceptions to the covenant and warranty with respect to encumbrances, namely, those instruments and other title matters that are listed on the addendum entitled "Permitted Encumbrances" which is attached to this deed as Appendix B, consisting of 1 page, such addendum being incorporated by reference into this deed at this place and made a part hereof.

IN WITNESS WHEREOF, this deed has been executed and delivered by the Grantor to the Grantee this ____ day of December , 1988 .



COUNTY AUDITOR

VOL. 88-4836  PAGE 26

| **Witnesses** | **The Grantor** |
|---|---|
| Signed and acknowledged in the presence of the following two witnesses: | The Prudential Insurance Company of America, a New Jersey corporation |
| (i) *Jackie Gleason* | By _____ *(signature)* |
| (ii) *Patricia Hoye* | PETER M RUGGIERO *(printed name)* |
| | Its: Vice President |

**Acknowledgment**

STATE OF ILLINOIS    )
                     )  SS:
COUNTY OF COOK       )

The foregoing instrument was acknowledged before me this 21st day of
Dec_____, 1988, by Peter L Ruggiero, as a Vice President
of and acting on behalf of The Prudential Insurance Company of America, a New
Jersey corporation.

_____
Notary Public

```
**************************
    OFFICIAL SEAL
 BERNADETTE MERTHEIMER
NOTARY PUBLIC STATE OF ILLINOIS
 MY COMM. EXP. AUG. 21, 1990
**************************
```

101 - 37 - 014, 016

PARCEL NO. _____
CONVEYANCE IS IN COMPLIANCE WITH SEC 319.202 O.R.C
                        P A I D

                    DEC 30 1988

County auditor Fee  12.00.00     Receipt No. 22246E
TYPE  /  ARMS LENGTH  YES ( )  NO ( )
JOEL H. McCORMACK, County Auditor  By _____ Deputy

This instrument was prepared by:

Vorys, Sater, Seymour and Pease
52 East Gay Street
Post Office Box 1008
Columbus, Ohio 43216-1008

-2-

## Appendix A

### DESCRIPTION OF THE PROPERTY

Situated in the City of Cleveland, County of Cuyahoga, and State of Ohio, and known as being part of Original Two Acre Lots Nos. 157 and 158, and bounded and described as follows:

Beginning on the Southerly line of Euclid Avenue, 99 feet wide, at its intersection with the Easterly line of East 12th Street (formerly Short Alley), 16.50 feet wide; thence Easterly along the Southerly line of Euclid Avenue, 100 feet to the Northwesterly corner of land conveyed to Alfred A. Pope by deed dated September 26, 1892, and recorded in Volume 524, Page 411 of Cuyahoga County Records; thence Southerly along the Westerly line of land so conveyed to Alfred A. Pope, said line being also parallel with the Easterly line of East 12th Street, to an angle therein; thence Southeasterly along the Southwesterly line of land so conveyed to Alfred A. Pope, said line being also parallel with the Northeasterly line of East 12th Street, to the Northwesterly line of Huron Road, S.E. (formerly Huron Street), 99 feet wide; thence Southwesterly along the Northwesterly line of Huron Road, S.E., 48 feet to the most Easterly corner of land conveyed to John M. Henderson by deed dated April 5, 1880, and recorded in Volume 313, Page 37 of Cuyahoga County Records; thence Northwesterly along the Northeasterly line of land so conveyed, said line being also parallel with the Northeasterly line of East 12th Street, 80 feet to the most Northerly corner thereof; thence Southwesterly along the Northwesterly line of land so conveyed, 52.25 feet to the Northeasterly line of East 12th Street; thence Northwesterly along the Northeasterly line of East 12th Street, 17.95 feet to an angle therein; thence Northerly, continuing along the Easterly line of East 12th Street, 104.52 feet to the place of beginning.

COUNT
TAX MAP DIVISION

— End of Appendix A —





VOL. 86-6826 PAGE 28

## Appendix B

### PERMITTED ENCUMBRANCES

The following are certain instruments and other title matters which affect the Property and which are permitted encumbrances on the title to the Property, such instruments being recorded in the Recorder's Office, Cuyahoga County, Ohio (with all instrument references hereinafter cited being to the records maintained in such office):

1(a). Any public street, road or highway, including Euclid Avenue and Huron Road.

1(b). Real estate taxes and assessments which are a lien on the Property, but which are not at the time due and payable.

1(c). Any zoning or building code, law, statute, ordinance, rule, regulation or order which regulates the use of the Property, including any building set-back line.

1(d). The rights or claims of the Tenants who are in possession of the Building under the Lease (the instruments of which are set forth in item 2).

2. Lease (also captioned Indenture of Lease) — dated March 15, 1912 between The Realty Investment Company, an Ohio corporation, as the original lessor, and Salmon P. Halle and Samuel H. Halle, both then individuals residing in Cleveland, Ohio and acting jointly as the original lessees, which instrument was filed for record on April 3, 1912 and was recorded in Vol. 52, page 383, as amended by Modification of Lease, dated October 17, 1912 between the original lessor and lessees, which instrument was filed for record on November 6, 1912 and was recorded in Vol. 56, page 355, and as further amended by that certain Agreement, dated October 27, 1936, by the original lessor in favor of subsequent lessees, which instrument has not been recorded.

— End of Appendix B —



WARRANTY DEED, short form, with release of dower — No. 22

Deed 12.00 (6)

REG 4236

VOL. 97-11669  PAGE  56

# Know All Men by These Presents
### 618793

*That* SUPPLEMENT OF POMPANO REALTY CORP. (the "Grantor"), a New York corporation, with its
principal office located at One Rockefeller Plaza, Suite 2700, New York, NY 10020-2141

— of —                                                                 *County, Ohio,*

*in consideration of* TEN ($10.00) DOLLARS

*to it    in hand paid by* HALLE CLEVELAND LLC (the "Grantee"), a Delaware limited
liability company,
*whose address is* One Rockefeller Plaza, Suite 2700, New York, NY 10020-2141,

*does    hereby Grant, Bargain Sell and Convey*

*to the said Grantee,*

*with its heirs*

*and assigns forever, the following described Real Estate,* (1) *situated in the City of Cleveland,
County of Cuyahoga and State of Ohio:*

> Being that certain tract of land being bounded and more
> particularly described in the "Description of the Property"
> which is attached hereto as Appendix "A" which is incorporated
> by reference into this instrument at this place and made a
> part hereof, together with all easements and other rights and
> privileges appurtenant thereto.

The tax mailing address of the Grantee is One Rockefeller Plaza, Suite 2700, New York,
New York 10020-2141.

The County Auditor's Tax Parcel Numbers are as follows:  101-37-014 and 101-37-016

The Prior Instrument Reference is Deed Book Vol. 88-6836 page 25, Recorders Office
Cuyahoga County, Ohio.

PARCEL NO. 101-37-014+016
CONVEYANCE IS IN COMPLIANCE WITH SEC. 319.202 O.R.C.
PAID
NOV 1 7 1997
Conveyance Fee 1226.00  Receipt No. 22639D
TYPE _____ ARMS LENGTH YES ( ) NO ( )
FRANK RUSSO, Cuyahoga County Auditor By _____ Deputy

*Frank Russo*
CUYAHOGA COUNTY AUDITOR

*and all the Estate, Right, Title and Interest of the said grantor   in and to said premises; To have and
to hold the same, with all the privileges and appurtenances thereunto belonging, to said grantee   , its*

*heirs and assigns forever. And the said grantor*

*do es   hereby Covenant and Warrant that the title so conveyed is Clear, Free and Unin-
cumbered, and that it    will Defend the same against all lawful claims of all persons whomsoever.*

(1) Include reference to volume and page of next preceding recorded instrument through which grantor claims title. (R.C. § 319.20.)

**In Witness Whereof,** *the said Grantor* ~~and~~

VOL. 97-11869   PAGE 57   ~~who~~

~~hereby release~~   *right and expectancy of dower in said premises, has   hereunto set* ~~its~~

*hand   , this*   27ᵗ   *day of* Oᴄᴛᴏʙᴇʀ   *in the year A. D. nineteen hundred*

*and ninety-seven*

*Signed and acknowledged in presence of us:*

SUPPLEMENT OF POMPANO REALTY CORP.

By: _Robert C. Panepinto_

Robert C. Panepinto

**State of** ~~Ohio~~ NEW YORK,   NEW YORK **County, ss.**

On this   27ᵗʰ   *day of* Oᴄᴛᴏʙᴇʀ   , 19 97 , *before me, a   notary public*

*in and for said County, personally came* ROBERT C. PANEPINTO *as a Vice President of and acting on*

*behalf of* SUPPLEMENT OF POMPANO REALTY CORP., *the grantor   in the foregoing deed, and*

*acknowledged the signing thereof to be* his *voluntary act and deed.*

**Witness** *my official signature and seal on the day last above mentioned.*

_Joan J. Murray_

JOAN J. MURRAY
Notary Public, State of New York
No. 41-4990887
Qualified in Queens County
Commission Expires Jan. 13, 1998

*This instrument was prepared by* JOSEPH GAIER, P.C.
299 Broadway, Suite 900
New York, New York 10007

Return To: 06 8 5 6 0
National Code Corporation
225 W. 34th St., Suite 2110
New York, N.Y. 10122
(800) 221-0102   (212) 947-7200

**Warranty Deed**

SUPPLEMENT OF POMPANO REALTY CORP.

To

HALLE CLEVELAND LLC

Transferred:

19 97

County Auditor

VOL. 97-11869 PAGE 58

## Appendix A

### DESCRIPTION OF THE PROPERTY

Situated in the City of Cleveland, County of Cuyahoga, and State of Ohio, and known as being part of Original Two Acre Lots Nos. 157 and 158, and bounded and described as follows:

Beginning on the Southerly line of Euclid Avenue, 99 feet wide, at its intersection with the Easterly line of East 12th Street (formerly Short Alley), 16.50 feet wide; thence Easterly along the Southerly line of Euclid Avenue, 100 feet to the Northwesterly corner of land conveyed to Alfred A. Pope by deed dated September 26, 1892, and recorded in Volume 524, Page 411 of Cuyahoga County Records; thence Southerly along the Westerly line of land so conveyed to Alfred A. Pope, said line being also parallel with the Easterly line of East 12th Street, to an angle therein; thence Southeasterly along the Southwesterly line of land so conveyed to Alfred A. Pope, said line being also parallel with the Northeasterly line of East 12th Street, to the Northwesterly line of Huron Road, S.E. (formerly Huron Street), 99 feet wide; thence Southwesterly along the Northwesterly line of Huron Road, S.E., 48 feet to the most Easterly corner of land conveyed to John M. Henderson by deed dated April 5, 1880, and recorded in Volume 313, Page 37 of Cuyahoga County Records; thence Northwesterly along the Northeasterly line of land so conveyed, said line being also parallel with the Northeasterly line of East 12th Street, 80 feet to the most Northerly corner thereof; thence Southwesterly along the Northwesterly line of land so conveyed, 52.25 feet to the Northeasterly line of East 12th Street; thence Northwesterly along the Northeasterly line of East 12th Street, 17.95 feet to an angle therein; thence Northerly, continuing along the Easterly line of East 12th Street, 104.52 feet to the place of beginning.

97 NOV 17 PM 4:30

RECORDED THIS DATE
PATRICK J. O'MALLEY
CUYAHOGA CO. RECORDER

THOMAS J. NEFF, P. E., P. S
COUNTY ENGINEER TAX MAP DIVISIC
LEGAL DESCRIPTION APPROVED FOR TRA....

CUYAHOGA COUNTY RECORDER
PATRICK J. OMALLEY
DEED 02/10/2006 02:22:43 PM
200602100641

That HALLE CLEVELAND LLC, a Delaware limited liability company, whose address is 645 Fifth Avenue, Suite 904, New York, New York 10022, grantor

*for valuable consideration paid, Grant(s), with limited warranty covenants, to*

216 JAMAICA AVENUE, LLC, a New York limited liability company, grantee,

*whose tax mailing address is*

237 Carlton Avenue, Brooklyn, Kings County, New York 12205,

*the following described Real Property:*

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, more particularly bounded and described as set forth in Schedule A annexed hereto, and subject to the matters set forth in said Schedule A,

And all the estate, right, title and interest of the said grantor in and to said premises,

TO HAVE AND TO HOLD THE SAME, with all the privileges and appurtenances thereunto belonging, to said grantee, its successors and assigns forever.

The tax mailing address of the Grantee is 237 Carlton Avenue, Brooklyn, Kings County, New York 12205.

The County Auditor's Tax Parcel Numbers are as follows: 101-37-014 and 101-37-016.

The Prior Instrument Reference is Deed Book Vol. 11869 page 56, Recorders Office Cuyahoga County, Ohio.

*Witness Grantor's hand(s) this*          day of February, 2006

*Signed and acknowledged in presence of:*          HALLE CLEVELAND LLC, a Delaware limited liability company

_____          By Halle Holdings Inc, a Delaware
Eileen D. Hatch                          Corporation, its sole member

_____          By _____
Adelaida Midel                          Robert Quesada, Vice President

State of New York        County of New York        ss,

Be It Remembered, *That on the* 7th *day of* February 2006, *before me, the subscriber, a notary public in and for said county, personally came Robert Quesada, vice president of Halle Holdings Inc., sole member of Halle Cleveland, LLC, the Grantor(s) in the foregoing Deed, and acknowledged the signing thereof to be his and its voluntary act and deed.*

*IN TESTIMONY WHEREOF, I have hereunto subscribed my name and affixed my notary seal, on the day and year last aforesaid.*

*Amelia C. Porricelli*

AMELIA C. PORRICELLI
Notary Public, State of New York
No. 03-4677573 - Bronx County
Term Expires March 30, *Mar 30, 2006*

*This instrument was prepared by*
*Richard M. Frome*
*880 Third Avenue-15th Floor*
*New York, New York 10022*

**CUYAHOGA COUNTY RECORDER**
**200602100641   PAGE 2 of 4**

Permanent    101-37-016
Parcel #:      101-37-014

Type Instrument: Limited Warranty          Date: 2/10/2006 2:09:00 PM
Tax District #: 3100                        Tax List Year:  2006
Grantor: Halle Cleveland Llc               Land Use Code: 4240
Grantee: Halle Cleveland Llc               Land Value: 276,000
Balance Assumed: $ 0.00                    Building Value: 670,000
Total Consideration: $ 845,000.00          Total Value: 846,000
Conv. Fee Paid: $ 3,380.00                 Arms Length Sale: YES
Transfer Fee Paid: $ 1.00                  Rcpt: g-02102006-15
Fee Paid by: Land AMERICA                  Inst #: 207399
Exempt Code:                               Check #:

*Frank Russo*
CUYAHOGA COUNTY AUDITOR

FROM

Halle Cleveland LLC

TO

216 Jamaica Avenue LLC

County Auditor

Transferred

State of Ohio,   County, ss.

Presented for record on the

of

o'clock,   M.

Recorded

In Deed Book No.   Page

County Recorder

BOX: LANDAMERICA LAYERS TITLE
424 MIDDLE AVENUE
ELYRIA, OHIO   44035
700052707 J

## SCHEDULE "A"

## LEGAL DESCRIPTION

Situated in the City of Cleveland, County of Cuyahoga and State of Ohio, and known as being part of Original Two Acre Lot Nos. 157 and 158, and bounded and described as follows:

Beginning on the Southerly line of Euclid Avenue, 99 feet wide, at its intersection with the Easterly line of East 12th Street (formerly Short Alley, 16.50 feet wide); thence Easterly along the Southerly line of Euclid Avenue, 100 feet to the Northwesterly corner of land conveyed to Alfred A. Pope by deed dated September 26, 1892 and recorded in Volume 524, Page 411 of Cuyahoga, County Records; thence Southerly along the Westerly line of land so conveyed to Alfred A. Pope, said line being also parallel with the Easterly line of East 12th Street, to an angle therein; thence Southeasterly along the Southwesterly line of land so conveyed to Alfred A. Pope, said line being also parallel with the Northeasterly line of East 12th Street, to the Northwesterly line of Huron Road S.E. (formerly Huron Street, 99 feet wide); thence Southwesterly along the Northwesterly line of Huron Road S.E., 48 feet to the most Easterly corner of land conveyed to John. N. Henderson by deed dated April 5, 1880 and recorded in Volume 313, Page 37 of Cuyahoga County Records; thence Northwesterly along the Northeasterly line of land so conveyed, said line being also parallel with the Northeasterly line of East 12th Street, 80 feet to the most Northerly corner thereof; thence Southwesterly along the Northwesterly line of land so conveyed, 52.25 feet to the Northeasterly line of East 12th Street; thence Northwesterly along the Northeasterly line of East 12th street, 17.95 feet to an angle therein; thence Northerly, continuing along the Easterly line of East 12th Street, 104.52 feet to the place of beginning.

Subject to:

1. Any circumstance, condition, state of facts or objection to title which is (i) subordinate to the Lease, or (ii) the obligation to remove, remedy or otherwise deal with rests with Tenant under the Lease, or (iii) which has been created or suffered by Tenant under the Lease, or anyone acting by, through or under Tenant (including any former Tenant).

2. Temporary Right Of Way and Use Easement to Greater Cleveland Regional Transit Authority pursuant to grant dated October 31, 2005.

3. Estoppel certificate dated December __, 2001 made by Grantor to HSBC BANK USA.

4. Any facts, rights, interests, or claims which are not shown by the public records but which could be ascertained by an inspection of said land or by making inquiry of persons in possession thereof.

CUYAHOGA COUNTY RECORDER
200602100541  PAGE 3 of 4

ROBERT KLAIBER P.E., P.S.
Legal Description complies with
Cuyahoga County Conveyance
Standards and is approved for
transfer·

FEB 1 0 2006

Agent

5. Discrepancies, conflicts in boundary lines, shortage in area, encroachments, or any other facts which a correct survey would disclose, and which are not shown by public records.

6. Any lien, or right to an lien, for services labor or material theretofore or hereafter furnished, imposed by law whether or not shown by the public records.

7. Rights of parties in actual possession of all or any part of the premises.

8. Special assessments and special taxes, if any, and taxes whether or not yet due and payable.

9. Lease from The Realty Investment Co., Lessor, to Salmon P. Halle and Samuel H. Halle, Lessees, dated March 15, 1912, filed for record April 3, 1912 and recorded in Lease Volume 52, Page 383 of Cuyahoga County Records.

Modification of Lease, dated October 17, 1912, filed for record November 6, 1912 and recorded in Lease Volume 56, Page 355 of Cuyahoga County Records.

Assignment of Lease to Alfred A. Pope, Harris Whittemore and Henry F. Pope, Trustees, dated April 3, 1924, filed for record April 21, 1924 and recorded in Lease Volume 132, Page 515 of Cuyahoga County Records.

Agreement, which may or may not be of record, dated October 27, 1936 concerning notice of intention to enter to any specified mortgagee.

Assignment and Assumption by and between The Halle Brothers Company and S & R Playhouse Realty Company, dated May 21, 1982, filed for record May 21, 1982 and recorded in Lease Volume 555, Page 401 of Cuyahoga County Records.



CLEVELAND MAP 101