# EXHIBIT F

## to

## PLAINTIFF'S MOTION TO STRIKE OR FOR LEAVE TO FILE SURREPLY

Memo of December 22, 1988

from P. Tenenbaum to R. Marques

FCE 0118

*10136*

TO: Rod Marques  FROM: Perry, Tenenbaum

DATE: December 22, 1988

RE: Halle Building

Enclosed are two (2) Tenant Estoppel Certificates, one for the 1st through 4th floors of the Halle Building and the other for the 5th through the 11th floors, which have been requested by Prudential Insurance Company, holder of the fee title in connection with the sale of Prudential by said fee interest.

We need to verify the statements made in items 3 through 9 and 12 through 15 which are identical in both estoppels.

Time is of the essence for Prudential closing so we would appreciate immediate attention to this request.

_____

PT:mu

*[handwritten note:]* Tuesday 12/27 — ask Mason about 1 and 2 and also description of the "Land" in The Leased Premises on page 1 of Estoppel

FCE 0118