# EXHIBIT G

## to

## **PLAINTIFF'S MOTION TO STRIKE OR FOR LEAVE TO FILE SURREPLY**

Letter of December 28, 1998

from P. Tenenbaum to J. Krogalecki

FCE 0102

December 28, 1988

10136

Ms. Joan Krogalecki
Vorys, Sater, Seymour & Pease
Attorneys at Law
2100 One Cleveland Center
1375 East 9th Street
Cleveland, OH 44114

Re:  Halle Office Building

Dear Ms. Krogalecki:

At the request of Tom Mason of your Columbus office, I am forwarding to you on his behalf, two Estoppel Certificates relating to the Halle Office Building in connection with the sale of the fee interest of the Ground Lessor, Prudential Insurance Company of America, to Supplement of Pompano Realty Corp.

Also enclosed are copies of releases of two Mechanic's Liens by J. K. Electric, Inc. and Cleveland Glass & Mirror Corporation.

Very truly yours,

Perry Tenenbaum
Corporate Counsel

PT:js

Enclosures

FCE 0102