# EXHIBIT H

## to

## PLAINTIFF'S MOTION TO STRIKE OR FOR LEAVE TO FILE SURREPLY

**Note of December 27, 1988**

**from P. Tenenbaum to "Sam"**

**FCE 0103**

FROM THE DESK OF...

**Perry Tenenbaum**

Sam —

Re: Halle Company Building

There are 2 Estoppel Certificates required of us (the Ground Lessee) by Prudential Insurance Company, (the Ground Lessor) which is selling its underlying fee interest in that parcel of land over which a part of the Halle Building was constructed.

Please sign both and return to:

12/27/88

Perry T.

Do not release until we hear from Bob Margues on the items in the Estoppels referred to in my memo on pink copy dated 12/22. — hmm —
—PT

Bob says OK — he said to [illegible] — a new card to that effect. —PT