# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **216 JAMAICA AVENUE, LLC,** | ) | CASE NO. 1:06CV1288 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| v. | ) | |
| | ) | |
| **S & R PLAYHOUSE REALTY CO.,** | ) | |
| | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| Defendant. | ) | |
| | ) | |

Please take notice that Holly H. Armstrong of Thompson Hine LLP hereby enters her appearance as counsel for defendant, S&R Playhouse Realty Co. Please include Ms. Armstrong in the service of all future pleadings, notices, and filings in this matter.

                                                     Respectfully submitted,

DATED: February 26, 2009

                                                     /s/ *Holly H. Armstrong*
                                                     Holly H. Armstrong (0084054)
                                                     **THOMPSON HINE LLP**
                                                     3900 Key Center
                                                     127 Public Square
                                                     Cleveland, Ohio 44114
                                                     Telephone: (216) 566-5500
                                                     Fax: (216) 566-5800
                                                     Holly.Armstrong@ThompsonHine.com

                                                     *Counsel for Defendant*
                                                     *S&R Playhouse Realty Co.*

2

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on February 26, 2009, a copy of the foregoing was filed electronically with the Court's Case Management / Electronic Case Files (CM/ECF) docketing system. Notice of this filing will be sent by operation of the CM/ECF system. Parties may access this filing through the CM/ECF system.

/s/ *Holly H. Armstrong*
Holly H. Armstrong

*Counsel for Defendant S&R Playhouse Realty Co.*