216 Jamaica Avenue v. S & R Playhouse Realty Co.                                                                          Doc. 6

# UNITED STATES DISTRICT COURT
# FOR THE Northern District of Ohio

216 Jamaica Avenue

                            Plaintiff,

v.                                             Case No.: 1:06–cv–01288–CAB

                                                    Judge Christopher A. Boyko

S & R Playhouse Realty Co.

                            Defendant.

TYPE OF CASE:        Civil

## NOTICE OF HEARING

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

      Notice of Hearing. Status/Case Management Conference set for 3/24/2009 10:00 AM in Chambers 15B before Judge Christopher A. Boyko. Lead counsel only required to attend. (M,M)

**PLACE**
Carl B Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH
44113

March 2, 2009

                                                                      Geri M. Smith, Clerk
                                                       Marsha A McDowell, Deputy Clerk

Dockets.Justia.com