**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

|  |  |
|---|---|
| 216 JAMAICA AVENUE, LLC, | ) Civil Action No. 06-1288 |
| Plaintiff, | ) (Judge Boyko) |
| v. | ) |
| S & R PLAYHOUSE REALTY CO., | ) |
| Defendant. | ) |

**PLAINTIFF'S UNOPPOSED MOTION TO RESCHEDULE STATUS CONFERENCE**

On March 2, 2009, the Court set a Status/Case Management Conference for March 24, 2009, at 10:00am. David Thompson is the lead attorney for the Plaintiff, 216 Jamaica Avenue, LLC ("Jamaica"), and will be representing Jamaica at the Status/Case Management Conference. Mr. Thompson has longstanding plans to be on vacation with his family during the week of March 24.

Accordingly, Jamaica respectfully requests that the Court reschedule the conference. Stephen Williger, lead counsel for the Defendant, S&R Playhouse Realty Co. ("S&R"), has represented to Jamaica that S&R does not oppose this motion. If convenient for the Court, both Mr. Williger and Mr. Thompson would be available the morning of April 2, 2009. If that date is inconvenient for the Court, the parties would welcome the opportunity to submit other dates.

Jamaica and its counsel greatly appreciate the Court's consideration of its request.

2

| | |
|---|---|
| March 3, 2009 | Respectfully Submitted, |
| | /s/ Charles J. Cooper |
| James B. Niehaus (0020128) | Charles J. Cooper |
| jniehaus@frantzward.com | ccooper@cooperkirk.com |
| Christopher G. Keim (0067117) | David H. Thompson |
| ckeim@frantzward.com | dthompson@cooperkirk.com |
| FRANTZ WARD LLP | David Lehn |
| 2500 Key Center | dlehn@cooperkirk.com |
| 127 Public Square | COOPER & KIRK, PLLC |
| Cleveland, Ohio 44114-1230 | 1523 New Hampshire Ave. NW |
| 216-515-1660 | Washington, DC 20036 |
| 216-515-1650 (fax) | (202) 220-9600 |
| | (202) 220-9601 (fax) |
| | *Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

      I hereby certify on March 3, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this through the Court's system.

      /s/ David Lehn
      _____
      David Lehn
      COOPER & KIRK, PLLC
      1523 New Hampshire Ave. NW
      Washington, DC 20036
      (202) 220-9600
      (202) 220-9601 (fax)
      dlehn@cooperkirk.com