# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| 216 JAMAICA AVENUE, LLC, | Civil Action No. 06-1288 |
| Plaintiff, | (Judge Boyko) |
| v. | |
| S & R PLAYHOUSE REALTY CO., | |
| Defendant. | |

## **JOINT NOTICE OF STATUS OF MEDIATION**

On May 27, 2009, the Court ordered the parties to "notify the Court by June 26, 2009 whether a telephone conference is necessary and, if so, proposed dates and times."

On June 22, the parties conducted a mediation session in Cleveland. Although some progress was made, no agreement was reached, and the parties suspended the mediation until July 8. 216 Jamaica is prepared to continue mediated settlement discussions until July 15.

The parties propose a joint telephone conference with the Court at 11:00am on Monday, July 27, or at another date and time that is convenient for the Court during the week of July 27.

| | |
|---|---|
| June 26, 2009 | Respectfully Submitted, |
| /s/ Stephen D. Williger | /s/ Charles J. Cooper |
| Stephen D. Williger (0014342)<br>Stephen.Williger@ThompsonHine.com<br>Gary L. Walters (0071572)<br>Gary.Walters@ThompsonHine.com<br>Holly H. Armstrong (0084054)<br>Holly.Armstrong@ThompsonHine.com<br>3900 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1291<br>(216) 566-5500<br>(216) 566-5800 (fax)<br><br>*Attorneys for Defendant* | Charles J. Cooper<br>ccooper@cooperkirk.com<br>David H. Thompson<br>dthompson@cooperkirk.com<br>David Lehn<br>dlehn@cooperkirk.com<br>COOPER & KIRK, PLLC<br>1523 New Hampshire Ave. NW<br>Washington, DC 20036<br>(202) 220-9600<br>(202) 220-9601 (fax)<br><br>James B. Niehaus (0020128)<br>jniehaus@frantzward.com<br>Christopher G. Keim (0067117)<br>ckeim@frantzward.com<br>FRANTZ WARD LLP<br>2500 Key Center<br>127 Public Square<br>Cleveland, Ohio 44114-1230<br>216-515-1660<br>216-515-1650 (fax)<br><br>*Attorneys for Plaintiff* |

**CERTIFICATE OF SERVICE**

      I hereby certify on June 26, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    Stephen D. Williger (0014342)
    Stephen.Williger@ThompsonHine.com
    Gary L. Walters (0071572)
    Gary.Walters@ThompsonHine.com
    Holly H. Armstrong (0084054)
    Holly.Armstrong@ThompsonHine.com
    3900 Key Center
    127 Public Square
    Cleveland, Ohio 44114-1291
    (216) 566-5500
    (216) 566-5800 (fax)

                                            /s/ David Lehn
                                            _____
                                            David Lehn
                                            COOPER & KIRK, PLLC
                                            1523 New Hampshire Ave. NW
                                            Washington, DC 20036
                                            (202) 220-9600
                                            (202) 220-9601 (fax)
                                            dlehn@cooperkirk.com