# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **216 JAMAICA AVENUE, LLC** | ) | **CASE NO.1:06CV1288** |
| | ) | |
| **Plaintiff,** | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| | ) | |
| **Vs.** | ) | |
| | ) | |
| **S & R PLAYHOUSE REALTY CO.,** | ) | **ORDER** |
| | ) | |
| **Defendant.** | ) | |

### CHRISTOPHER A. BOYKO, J:

On September 25, 2008, Plaintiff filed its Renewed Motion for Summary Judgment (ECF # 48). Plaintiff's Motion was filed prior to the Court's setting a full case management schedule including discovery dates and new dispositive motion dates. Because the Court has set new dispositive motion dates, set discovery dates and permitted Defendant to Amend its Answer to include additional affirmative defenses, the Court finds Plaintiff's Renewed Motion for Summary Judgment is premature and denies it as moot. The parties may file their Motions for Summary Judgment pursuant to the Court's case management schedule.

IT IS SO ORDERED.

 S/Christopher A. Boyko
CHRISTOPHER A. BOYKO
United States District Judge

June 30, 2009