# UNITED STATES DISTRICT COURT
# FOR THE Northern District of Ohio

216 Jamaica Avenue

                Plaintiff,

v.                                    Case No.: 1:06–cv–01288–CAB

                                                     Judge Christopher A. Boyko

S & R Playhouse Realty Co.

                Defendant.

## SCHEDULING NOTICE

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

     Notice of Hearing. Telephone Conference set for 8/5/2009 at 10:00 AM in to be held telephonically before Judge Christopher A. Boyko. Plaintiff shall initiate the call, join opposing counsel and this Court at (216) 357–7151. (M,M)

**PLACE**
Carl B Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH
44113

July 1, 2009

                                                               Geri M. Smith, Clerk
                                                 Marsha A McDowell, Deputy Clerk