## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO

_____
                                                    )
216 JAMAICA AVENUE, LLC,             )        Civil Action No. 06-1288
                                                    )
                        Plaintiff,              )            (Judge Boyko)
                                                    )
            v.                                   )
                                                    )
S & R PLAYHOUSE REALTY CO.,        )
                                                    )
                        Defendant.          )
_____)

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

On August 17, 2009, Plaintiff and Defendant entered into a settlement and mutual release

of claims ("Settlement Agreement").  Pursuant to the Settlement Agreement, Federal Rule of

Civil Procedure 41(a)(1)(A)(ii), and the Court's minute order of August 5, 2009, the parties

hereby stipulate to the dismissal of this case with prejudice.  Further, pursuant to the Settlement

Agreement, the parties shall bear their own costs and attorney's fees.

August 19, 2009                                    Respectfully Submitted,

/s/ Stephen D. Williger                          /s/ Charles J. Cooper
_____          _____
Stephen D. Williger (0014342)              Charles J. Cooper
Stephen.Williger@ThompsonHine.com      ccooper@cooperkirk.com
Gary L. Walters (0071572)                    David H. Thompson
Gary.Walters@ThompsonHine.com          dthompson@cooperkirk.com
Holly H. Armstrong (0084054)              David Lehn
Holly.Armstrong@ThompsonHine.com      dlehn@cooperkirk.com
THOMPSON HINE LLP                           COOPER & KIRK, PLLC
3900 Key Center                                  1523 New Hampshire Ave. NW
127 Public Square                                Washington, DC 20036
Cleveland, Ohio 44114-1291                 (202) 220-9600
(216) 566-5500                                    (202) 220-9601 (fax)
(216) 566-5800 (fax)

*Attorneys for Defendant*                        James B. Niehaus (0020128)
                                                    jniehaus@frantzward.com
                                                    Christopher G. Keim (0067117)

ckeim@frantzward.com
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
216-515-1660
216-515-1650 (fax)

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify on August 19, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

Stephen D. Williger (0014342)
Stephen.Williger@ThompsonHine.com
Gary L. Walters (0071572)
Gary.Walters@ThompsonHine.com
Holly H. Armstrong (0084054)
Holly.Armstrong@ThompsonHine.com
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500
(216) 566-5800 (fax)

/s/ David Lehn
_____
David Lehn
COOPER & KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036
(202) 220-9600
(202) 220-9601 (fax)
dlehn@cooperkirk.com