**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| 216 JAMAICA AVENUE, LLC, | ) | Civil Action No. 06-1288 |
| Plaintiff, | ) | (Judge Boyko) |
| v. | ) | |
| S & R PLAYHOUSE REALTY CO., | ) | |
| Defendant. | ) | |

**<u>JOINT STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

On August 17, 2009, Plaintiff and Defendant entered into a settlement and mutual release of claims ("Settlement Agreement"). Pursuant to the Settlement Agreement, Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and the Court's minute order of August 5, 2009, the parties hereby stipulate to the dismissal of this case with prejudice. Further, pursuant to the Settlement Agreement, the parties shall bear their own costs and attorney's fees.

August 19, 2009

/s/ Stephen D. Williger
_____
Stephen D. Williger (0014342)
Stephen.Williger@ThompsonHine.com
Gary L. Walters (0071572)
Gary.Walters@ThompsonHine.com
Holly H. Armstrong (0084054)
Holly.Armstrong@ThompsonHine.com
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114-1291
(216) 566-5500
(216) 566-5800 (fax)

*Attorneys for Defendant*

Respectfully Submitted,

/s/ Charles J. Cooper
_____
Charles J. Cooper
ccooper@cooperkirk.com
David H. Thompson
dthompson@cooperkirk.com
David Lehn
dlehn@cooperkirk.com
COOPER & KIRK, PLLC
1523 New Hampshire Ave. NW
Washington, DC 20036
(202) 220-9600
(202) 220-9601 (fax)

James B. Niehaus (0020128)
jniehaus@frantzward.com
Christopher G. Keim (0067117)

```
IT IS SO ORDERED.
S/CHRISTOPHER A. BOYKO
U.S. DISTRICT COURT JUDGE          AUGUST 19, 2009
```

ckeim@frantzward.com
FRANTZ WARD LLP
2500 Key Center
127 Public Square
Cleveland, Ohio 44114-1230
216-515-1660
216-515-1650 (fax)

*Attorneys for Plaintiff*

2

## CERTIFICATE OF SERVICE

      I hereby certify on August 19, 2009, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

    Stephen D. Williger (0014342)
    Stephen.Williger@ThompsonHine.com
    Gary L. Walters (0071572)
    Gary.Walters@ThompsonHine.com
    Holly H. Armstrong (0084054)
    Holly.Armstrong@ThompsonHine.com
    THOMPSON HINE LLP
    3900 Key Center
    127 Public Square
    Cleveland, Ohio 44114-1291
    (216) 566-5500
    (216) 566-5800 (fax)


                /s/ David Lehn
                _____
                David Lehn
                COOPER & KIRK, PLLC
                1523 New Hampshire Ave. NW
                Washington, DC 20036
                (202) 220-9600
                (202) 220-9601 (fax)
                dlehn@cooperkirk.com